U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 22

| 1. Program Code | 2. Cross File | Related Files | 3. File No. R1-08-0451 | 4. G-DEP Identifier YGH1C |
|---|---|---|---|---|
| 5. By: Kris M Lavoie, TFO At: | | | 6. File Title MISQUEZ, SARA | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 08-11-2009 | |

9. Other Officers: TFO Justin Johnson

10. Report Re: Seizure of half pound of meth from RIVERA, Carlos and one ounce of meth from MEZA, Inez.

The following report was completed by case specific task force officer (TFO) Justin Johnson from the Ontario Police Department.

### SYNOPSIS

On August 6, 2009, based on intercepted calls RIVERA, Carlos negotiated with a source of supply identified as ROBERTO LNU for a half pound of methamphetamine. Law enforcement established surveillance at RIVERA'S residence in Ontario, Ca. ROBERTO'S runner, identified as MEZA, Inez aka "Gordo", delivered the methamphetamine to RIVERA. Surveillance units followed MEZA and eventually conducted a traffic stop. Law enforcement seized one ounce of suspected methamphetamine from MEZA and arrested him. Law enforcement conducted a parole compliance check at the RIVERA'S residence. Law enforcement located in RIVERA'S Acura Integra a half pound of suspected methamphetamine hidden within a battery. RIVERA had $3385 on his person. RIVERA was arrested for a parole violation. The money seized was money owed to a source of supply identified as JIMMY LNU. RIVERA'S girlfriend, MEDINA, Jessica utilized Target Telephone #9 after RIVERA'S arrest. MEDINA continued the narcotic trafficking business and contacted the runner, CISCO, and customers for money collection. MEDINA contacted NAVARRO, David and advised him of RIVERA'S arrest.

| 11. Distribution: Division District Other | 12. Signature (Agent) Kris M Lavoie | 13. Date 08-11-2009 |
|---|---|---|
| | 14. Approved (Name and Title) Kevin R Devey, GS | 15. Date 08-11-2009 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 2 of 22

5. Program Code

6. Date Prepared 08-11-2009

**DETAILS**

On July 17, 2009, at approximately 1:45 p.m., United States District Court Judge Manuel L. Real of the Central District of California, signed court order 09-0038(D)-R, authorizing the interception of wire communication for Target Telephone #5 (TT#5) (909) 489-8277, a Sprint/Nextel cellular telephone primarily used by David NAVARRO, aka "Plucky", Target Telephone #7 (TT#6) (909) 545-1313, a Metro PCS cellular telephone primarily used by Daniel REYES, aka "Sugar", Target Telephone #8 (TT#8) (909) 319-2187, a T-Mobile cellular telephone primarily used by Jose LNU, and Target Telephone #9 (TT#9) (909) 419-9937, a Sprint/Nextel cellular telephone primarily used by Carlos RIVERA, aka "Chino".

On August 6, 2009, at approximately 1315 hrs, on TT #9 RIVERA contacted ROBERTO LNU on telephone # (909) 489-9365. During the conversation, RIVERA asked if he had done that. ROBERTO LNU said he was ing that, adding that they (third party and others) were dismantling the car (U/I) but was ready. RIVERA said he almost had everything for the buddy. RIVERA told ROBERTO LNU if he wanted RIVERA to get something (possibly narcotics) out for him, he was available. ROBERTO LNU said he was going to give RIVERA a "michelada" (possibly half). RIVERA said ROBERTO LNU knew how the stuff moved. ROBERTO LNU told RIVERA he would call him back. RIVERA said alright.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes RIVERA and ROBERTO LNU negotiated for a half pound of methamphetamine.

On August 8, 2009, at approximately 1341 hrs, RIVERA received an incoming call on TT #9 from ROBERTO LNU on telephone # (909) 489-9365. During the conversation, ROBERTO LNU would let him borrow a big michelada (possibly half). RIVERA said yes, it was done and when ROBERTO LNU gets some, RIVERA would go with him. RIVERA said he still had some (narcotics) that he needed to get rid of, but would be done today. ROBERTO LNU said he had received 10, but only had a few left but could count on half a pound half for sure. RIVERA said alright and asked when it would be ready. ROBERTO LNU said anytime now, just had to get a scale to weigh it all out.

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 3 of 22

5. Program Code

6. Date Prepared 08-11-2009

RIVERA said alright and asked if the number was good. ROBERTO LNU said yes.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes ROBERTO LNU has to weigh and prepare the agreed on amount of methamphetamine. ROBERTO LNU at one time had ten pounds of methamphetamine.

On August 6, 2009, at approximately 1420 hrs, members from the Ontario/Upland narcotics task force (OUNTF) established surveillance at RIVERA'S stash location located at 1421 East Nocta apartment #C, Ontario, Ca. RIVERA'S runner identified as Francisco VENEGAS aka "Cisco" resides at the location. The following task force members participated on the surveillance: Lieutenant John Graff, Sergeant Bob Bernhard, Detective Scott Anderson, Detective Rob Wightman, Detective Everardo Jimenez, Corporal Maynor Arana, Corporal Ramiro Martinez, Corporal Dave Newland, Officer Brian Darwin, Officer Travis Cotton, Officer Kris Lavoie, Officer Gabe Gutierrez, and Officer Joe Paterson.

At approximately 1450 hrs, Ofr. Darwin advised that he saw a male subject exited the garage of apartment #C and walk into the alley to the rear of 1421 E. Nocta St. Ofr. Darwin recognized the subject to be Carlos RIVERA. RIVERA was talking to two other male subjects. Ofr. Darwin said the two other male subjects left the location southbound through the alley and RIVERA walked northbound in the alley. Ofr. Darwin saw RIVERA walk westbound on Elma St. to Imperial Ave. Rivera then walked northbound on Imperial Ave.

At approximately 1457 hrs, Det. Wightman saw RIVERA arrived at 513 N. Imperial Avenue, Ontario, Ca and met two other male subjects. Det. Wightman advised that RIVERA was in and out of the garage and RIVERA made several phone calls while RIVERA was at the location.

At approximately 1613 hrs, RIVERA on TT #9 had an incoming call from ROBERTO LNU on telephone # (951) 377-4052. During the conversation, RIVERA asked what was going on. ROBERTO LNU said his nephew, "Gordo" LNU had just left. RIVERA asked if he was going over (RIVERA'S location). ROBERTO LNU replied no, he (nephew) was not heading that way yet. ROBERTO

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
|---|---|---|
| | 3. File Title MISQUEZ, SARA | |
| 4. Page 4 of 22 | | |
| 5. Program Code | 6. Date Prepared 08-11-2009 | |

LNU said the candies (referring to narcotics) had also arrived together. ROBERTO LNU had to separate right now. ROBERTO LNU said he was going to send it (referring to narcotics) with GORDO. RIVERA replied alright.

RIVERA told ROBERTO LNU when he (Gordo) was ready for him to call him because RIVERA was there in a good spot and things were quiet. RIVERA said he was on Imperial and G Street. ROBERTO LNU said okay. RIVERA said almost at Nocta but a little bit up. ROBERTO LNU said okay. RIVERA asked ROBERTO LNU to have him (Gordo) call RIVERA when he was on the 10 (fwy) so RIVERA could tell him (Gordo) which good (possibly referring to safe) streets to take. [Voices overlapped] ROBERTO LNU asked RIVERA to give him a break, and when the sun goes down, ROBERTO LNU would go with him (Gordo). RIVERA said alright.

At approximately 1651 hrs, RIVERA on TT #9 had an outgoing call to Paul PRIETO aka "Crook" on telephone # (951) 732-2478. During the conversation, RIVERA joked around with PRIETO. PRIETO asked if he had got a hold of "Bacer" (PH). RIVERA said no and he (Bacer) owed RIVERA 150. RIVERA said because he (Bacer) was going to puch his (CROOK) new (UI). RIVERA said he (Bacer) thought he (RIVERA) was going to beat him up but RIVERA was not. PRIETO said he (Bacer) would always do something like that. RIVERA said he (Bacer) would call him (RIVERA) when he (Bacer) would steal something good. RIVERA said he (Bacer) had been fucking with him (RIVERA) for 2 months and that was why he (RIVERA) would not front him (Bacer) anything. RIVERA said he would upfront him (Bacer) because he knew 2 little white boys who were upfront. RIVERA said he (Bacer) would call RIVERA everyday and RIVERA gave him some but had not heard from him in 4 days. PRIETO asked if he (Bacer) had a number. RIVERA said the numbers he (RIVERA) were off. RIVERA asked PRIETO if he had money so he (PRIETO) could be buying a little dub every day. CROOK said he had already gotten one and had sold a ball to "Matic". PRIETO said he was going to hit up "Rick" (PH) because had a robbery he wanted him (Rick) to do. RIVERA said that was dumb and he (RIVERA) was going to get that today, what he (RIVERA) had told PRIETO about. PRIETO told RIVERA if he would get that to hit up RIVERA with a half 0 (half ounce). RIVERA told PRIETO to not worry but it was not going to happen until later on. RIVERA said he was going to get a half bird. RIVERA said he could push that. RIVERA told PRIETO not to worry he (RIVERA) had him. PRIETO said alright. RIVERA asked PRIETO where

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| R1-08-0451 | YGH1C |

| 3. File Title |
|---|
| MISQUEZ, SARA |

4. Page 5 of 22

5. Program Code

6. Date Prepared: 08-11-2009

he wanted top get hit up. PRIETO said right here (this number). RIVERA said alright and told PRIETO it was probably not going to happen until it would get dark. PRIETO said alright.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes RIVERA and PRIETO were discussing the sale of narcotics to a subject named Bacer or similar. PRIETO wanted to arrange a robbery with a subject named Rick. Gang members will commit violent crimes such as a robbery to spread fear within the community and be rewarded with a financial gain for the benefit of the gang. RIVERA told PRIETO that would be dumb and advised him to wait because he will be receiving a half pound of methamphetamine. RIVERA advised PRIETO he can be involved with the sale and distribution of the narcotics to benefit themselves and the gang.

At approximately 1817 hrs, Det. Wightman saw a Dodge truck arrive at the location. RIVERA approached the truck and spoke to the driver. The driver exited the truck. RIVERA and the driver looked into the bed of the truck.

At approximately 1820 hrs, Det. Wightman advised that RIVERA walked into the residence and the Dodge truck left southbound on Imperial Ave.

At approximately 1933 hrs, Det. Wightman saw a green Honda Accord arrive at the location. RIVERA approached the Honda Accord and got into the passenger side of the vehicle. RIVERA talked to the driver for a few seconds. RIVERA exited the vehicle and the vehicle left the location.

At approximately 2005 hrs, Det. Wightman advised that a red minivan with license plate number 6JEU011(98, Dodge, R/O Leyva, Lannette Bertha 2139 E. 4th. St. #138, Ontario, CA) arrived at the location. Det. Wightman saw RIVERA exit the residence and get into the red minivan. The red minivan left northbound on Imperial Ave.

At approximately 2011 hrs, Cpl. Arana was able to follow the red minivan to rear alley of 815 N. Vineyard Ave. where I saw RIVERA and a male subject exit the vehicle. The red minivan left the location northbound in the alley. Cpl. Arana saw RIVERA and the male subject

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| | 3. File Title MISQUEZ, SARA | |
| 4. Page 6 of 22 | | |
| 5. Program Code | 6. Date Prepared 08-11-2009 | |

walked toward the front of the apartment building at 815 N. Vineyard Ave. The male subject was later identified as Peter ALVAREZ, DOB 11-13-85.

At approximately 2017 hrs, Cpl. Arana took a position to the front of 815 N. Vineyard Ave. While Cpl. Arana was at the location, Cpl. Arana saw Rivera walk in and out of apartment #B and talking on his cell phone.

At approximately 2051 hrs, Cpl. Arana saw a gray Lincoln with license plate number 4LXV760 (R/O Meza, Inez, 903 S. Greenwood Ave., Ontario) parked directly in front of 815 N. Vineyard Ave. Cpl. Arana saw a male subject exit the vehicle and walked towards apartment #B. The male subject was later identified as Inez MEZA, DOB 08-08-89. At the same time, Cpl. Arana saw RIVERA exit the apartment. RIVERA and MEZA shook hands and they talked for a few seconds. MEZA returned to his vehicle where Cpl. Arana saw Meza opened the trunk. MEZA retrieved a black plastic box with a strap and MEZA carried it to where RIVERA was standing. MEZA gave RIVERA the box and both RIVERA and MEZA walked into apartment #B.

At approximately 2031 hrs, RIVERA on TT #9 had an incoming call from ROBERTO LNU on telephone # (951) 377-4052. During the conversation, ROBERTO LNU told RIVERA he was heading over there and asked RIVERA if he had at least 100 for the gas. RIVERA said no he (RIVERA) had given Mari some money and that was why he (RIVERA) had told ROBERTO LNU to wait until tomorrow. ROBERTO LNU told RIVERA to give him at least $20 for gas. ROBERTO LNU said the michelada (half) and 2 bed rooms (unspecified). RIVERA said yes. RIVERA said okay. ROBERTO LNU said to be careful.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes ROBERTO LNU was sending his runner MEZA. ROBERTO LNU advised RIVERA the half pound will be in two packages.

At approximately 2046 hrs, RIVERA on TT #9 had an incoming call from MEZA on telephone # (909) 489-9365. RIVERA asked what happened, MEZA said he was outside. RIVERA said alright.

At approximately 2158 hrs, RIVERA on TT #9 had an incoming call from telephone # (951) 377-4052. During the conversation, ROBERTO LNU asked if

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 7 of 22

5. Program Code

6. Date Prepared 08-11-2009

he had checked it (narcotics) out, RIVERA replied yes. ROBERTO LNU asked what he thought of it (narcotics), RIVERA said it looked good. ROBERTO LNU said alright. RIVERA told ROBERTO LNU he would start (possibly selling) with that (narcotics) by tomorrow or Saturday. ROBERTO LNU told him to hurry up (referring to the sell of narcotics), RIVERA agreed. ROBERTO LNU told RIVERA to take it easy.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes ROBERTO LNU called RIVERA to confirm the delivery of narcotics. RIVERA acknowledged the delivery and complimented the product. RIVERA said he would start distributing the narcotics Friday or Saturday.

At approximately 2059 hrs, Cpl. Arana saw MEZA walk out of the apartment and approach his vehicle. MEZA got into the vehicle and left the location southbound on Vineyard Ave. Surveillance units and the air hit followed the gray Lincoln.

At approximately 2102 hrs, Air Unit Observer Cpl. Mike Guderian saw the gray Lincoln pull into the driveway of the residence located at 527 E. F Street. Cpl. Guderian advised that MEZA exited the vehicle and walked into the residence.

At approximately 2113 hrs, Cpl. Arana saw RIVERA exit the apartment and walk to a red Acura with license plate number 3CHT026 (R/O Espinoza, Ignacio/ EspinozaDiaz, Yolanda, 211 N. Western Ave., Anaheim, Ca) The red Acura was parked directly in front of 815 N. Vineyard Ave. RIVERA walked around to the driver side of the vehicle. Cpl. Arana saw RIVERA unlock the vehicle with a car key. RIVERA got into the vehicle and at the same time, Cpl. Arana saw Peter ALVAREZ exit the apartment. ALVAREZ walked to the passenger side of the red Acura. Both RIVERA and ALVAREZ were in the vehicle for a few seconds. RIVERA and ALVAREZ exited the vehicle and walked back into apartment #B.

At approximately 2116 hrs, Ofr. Darwin saw a street sweeper type truck pull into the driveway of the residence located at 527 E. F Street. The driver exited the truck and walked to the front door of the residence.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 8 of 22

5. Program Code

6. Date Prepared 06-11-2009

At approximately 2118 hrs, Ofr. Darwin observed the driver return to the truck. The driver got into the truck and left the residence westbound on F Street.

At approximately 2119 hrs, Ofr. Darwin observed MEZA get into the gray Lincoln. MEZA left the residence westbound on F Street.

At approximately 2123 hrs, Det. Anderson requested a marked black and white police unit to conduct a traffic stop on the gray Lincoln.

At approximately 2126 hrs, Ontario Police Department Officer S. Shaffer conducted a traffic stop on the gray Lincoln on Mission Blvd. and Grove Ave for a vehicle code violation. Ofr. Shaffer obtained consent from MEZA to search him and the vehicle. Ofr. Shaffer asked MEZA if he had any drugs on him. MEZA said he had an ounce. Ofc. Shaffer asked MEZA where is the narcotics. MEZA said it was in his front pocket. Ofc. Shaffer recovered an ounce of suspected methamphetamine from his left front pocket. Ofc. Shaffer located a small electric scale in the driver's side door. There was a container of MSM in his trunk. Ofr. Shaffer arrested Meza for State of California Health and Safety Code section 11379 reference Ontario PD case # 090800335. Ofc. Shaffer interviewed MEZA at the Ontario PD. MEZA waived his Miranda rights. MEZA said he purchased the ounce of methamphetamine from a Hispanic male near Holt and Allyn in the City of Ontario. MEZA paid $900.00 for the methamphetamine. Meza said the MSM in the trunk was to "cut" the methamphetamine. The suspected methamphetamine was booked into Ontario PD evidence reference tag # 281458 and weighed approximately 1.015 oz.

At approximately 2208 hrs, Cpl. Arana saw RIVERA exit the apartment and RIVERA walked around the north side of the apartment building. A few seconds later, RIVERA returned to the apartment.

At approximately 2307 hrs, members of the Ontario Police Department Muti-Enforcement Team and the Gang Suppression Unit conducted a parole compliance contact at RIVERA'S residence located at 815 N. Vineyard Ave. #B. RIVERA was on active California State Parole.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YCH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 9 of 22

5. Program Code

6. Date Prepared 08-11-2009

    Officers knocked on the front door of the apartment which was answered by Rivera. Officers also contacted two male subjects and a female subject in the apartment. The male subjects were later identified as Bobby REYES, DOB ▮▮▮▮-85 and Peter ALVAREZ, DOB ▮▮▮▮-85 and the female subject was identified as Jessica MEDINA ▮▮▮▮-85. Cpl. Lorenz searched RIVERA and located $3385.00 on his person.

    Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes based on intercepts from the T-III the $3385.00 was owed to a source of supply identified as JIMMY LNU.

    While at the location, Officer Josh Burks conducted a search of a vehicle belonging to RIVERA (red Acura license# 3CHT026). Ofr. Burks and Ofr. James Flesher located a suspicious car battery in the rear hatch area of the vehicle. Det. S. Anderson responded to our location along with his K9 partner to examine the vehicle for any type of narcotic activity. Det. Anderson advised that his K9 partner had alerted on the suspicious car battery which was then examined by Officer Burks.

    Ofr. Burks opened the car battery and located a hollow concealed compartment within the battery which held a plastic container. The plastic container contained two clear plastic sandwich bags each containing suspected methamphetamine. The two clear plastic sandwich bags had a total weight of approximately eight (8) ounces. Officers arrested RIVERA for investigation of State of California Health and Safety Code 11378(a) and Penal Code 3056 - parole violation.

    Ofr. Laurence Bomomo interviewed MEDINA in regards to the red Acura. MEDINA said the Acura belongs to a subject named "Nacho" with the first name of "Ignacio". Ignacio was later identified as Ignacio ESPINOZA DOB 10-10-81. MEDINA said she and ESPINOZA are the only drivers of the vehicle. MEDINA has had the vehicle at her residence for the last six months.

    At approximately 0015 hrs, surveillance was terminated. TT #9 was left in the possession of RIVERA'S girlfriend, Jessica MEDINA, and mother of his children at the residence.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | REPORT OF INVESTIGATION (Continuation) | 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
|---|---|---|---|
| | | 3. File Title MISQUEZ, SARA | |
| 4. Page 10 of 22 | | | |
| 5. Program Code | | 6. Date Prepared 08-11-2009 | |

At the Ontario Police Department, Cpl. Martinez booked the suspected methamphetamine and car battery into evidence. The battery was tagged # 281461. Two bags of suspected methamphetamine which weighed a total of 7.92 oz were tagged # 281460. Cpl Lorenz booked the $3385.00 under tag # 277203.

On August 7, 2009, at approximately 1332 hrs, MEDINAica MEDINA on TT #9 completed and outgoing call to JORGE LNU on telephone # (909) 781-0385. During the conversation, JORGE LNU asked if she heard anything from RIVERA, MEDINA replied yes he called from the police department and from West Valley. MEDINA said there was too much drama. MEDINA said some funny shit went down. JORGE LNU said it was not a parole sweep, if his PO needed to be there. JORGE LNU asked what time they (cops) hit them, MEDINA replied around 11 to 11:30.

MEDINA continued to talk about the parole sweep and how it did not add up. MEDINA said they (cops) told Carlos he was going to go down for what was in there, and he (RIVERA) told them (cops) that the car was not in his name, and was not in it (car) when they (cops) hit that shit. JORGE LNU said they (cops) might not have a case. JORGE LNU said somebody had to say something. MEDINA said Carlos said that fool (MEZA) was right there with him. MEDINA said he told him that fool (MEZA) from before (Previous narcotic transaction), he was no good because of all the shit that went down with RIVERA'S brother-in-law and little man. MEDINA said when all that shit went down, that fool was there, that day but they (cops) let him go. MEDINA said that fool popped out of nowhere. JORGE LNU said they (cops) hit the house because he (fool/possibly snitch) was there, and was also there when they (cops) hit Raul's house. MEDINA said if they (cops) were watching him (RIVERA), they (cops) would had done way more than they (cops) did. JORGE LNU said he talked to VENEGAS (Runner), and MEDINA said he went over.

JORGE LNU said his cousin Norma had called him, MEDINA said she called her too. JORGE LNU asked if he (RIVERA) owed that fool he was working with, MEDINA said yeah, they (cops) took all the money (referring to the $3385.00). MEDINA said they (cops) asked him (Carlos) why he had all that money, and he (Carlos) told them (cops) he and Bobby had gone looking for a car that day and Bobby had loan Carlos the money. MEDINA

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | 1. File No. R1-09-0451 | 2. G-DEP Identifier YGH1C |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | 3. File Title MISQUEZ, SARA | |
| 4. Page 11 of 22 | | | |
| 5. Program Code | | 6. Date Prepared 08-11-2009 | |

said it was in his pocket. MEDINA said that Bobby told them that he (RIVERA) was doing him a favor because he had 4 kids and did not have a car. MEDINA said Bobby said he pulled that shit (money) out of the bank because he works and his lady makes $ 24 an hour. MEDINA said they (cops) were messing with Bobby regarding his tattoos.

JORGE LNU asked if RIVERA had been out for 4 months, MEDINA said she told him they should not play anymore. JORGE LNU said he (RIVERA) always use to tell him never keep shit at your house. MEDINA said there was nothing there until fucken (U/I) rolled through. MEDINA said all the shit happened within 30 minutes. JORGE LNU said somebody had to be out there talking. MEDINA said Carlos already knew who it was (the snitch). JORGE LNU said good and asked if it was one of his (RIVERA) people. MEDINA said it was one of the in-laws people. MEDINA said Carlos had not been fucking with that side of town because that fool had not been doing nothing.
MEDINA said then all of sudden boom, he (RIVERA) did not get a phone call from him (possibly ROBERTO LNU) and got a phone call from his runner (possibly MEZA). MEDINA said little runner (possibly MEZA) rolls through and then boom, all the shit happened. MEDINA said okay it did not happened before, obviously they (cops) were watching him (RIVERA) and boom.

MEDINA said her and RIVERA had been arguing these past few days. JORGE LNU said he had seen 18 homies (Gang members) busted in these last months. MEDINA said she told him (RIVERA) that once your from there (possibly Ontario gang/ black angels), your burned, they (cops) are on you. JORGE LNU said every single homie that got busted, was busted with another one, in pairs. MEDINA said all parolees.

JORGE LNU said it was hot on Imperial, by Mano's house. MEDINA said that was what Peter ALVAREZ was staying yesterday that RIVERA was stressing because he had all the cash on him and they did not want to leave because there were some cops right there. MEDINA said they (cops) probably knew that RIVERA was going to go home and all that was going to go down. MEDINA said they (cops) were waiting for RIVERA to go home. JORGE LNU told MEDINA he was going to stop by. MEDINA said alright.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.