U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 12 of 22

5. Program Code

6. Date Prepared 08-11-2009

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA is involved in RIVERA'S drug trafficking operation and involvement in the criminal street gang. MEDINA discussed with JORGE LNU about storing narcotics at her residence. MEDINA explained in a coded conversation the narcotics were only there for approximately 30 minutes and law enforcement arrived. MEDINA explained in a coded conversation the money seized from RIVERA was for a payment to a source of supply, but RIVERA gave an excuse the money was for a vehicle. MEDINA explained to JORGE LNU the location at 513 N. Imperial Avenue was being watched by law enforcement and warned JORGE LNU.

On August 7, 2009, at approximately 1425 hrs, MEDINA had an incoming call on TT #9 from a subject identified as LITTLE ROBERT on telephone # (909) 723-2961. During the conversation, LITTLE ROBERT asked if someone had just called him. MEDINA asked if this was Robert. LITTLE ROBERT said yes. MEDINA said she was RIVERA'S girl. MEDINA asked if this was LITTLE ROBERT that stayed on B street. LITTLE ROBERT said yes. MEDINA asked if he knew who he was. LITTLE ROBERT said her voice sounded familiar. MEDINA asked if he remembered Jessica and Sarah (PH). LITTLE ROBERT said yes. MEDINA said she was with Chino. MEDINA said CARLOS got locked up last night and they hit the house. MEDINA said CARLOS told her to get at LITTLE ROBERT and PATRICK because they owed money. MEDINA told LITTLE ROBERT whenever he was ready with that (money) to let her (MEDINA) know. LITTLE ROBERT said alright.

MEDINA said his (RIVERA) little dude (poss VENEGAS aka Cisco) was going to chill for a little while and wait for it to cool down. LITTLE ROBERT asked if she knew how much Pat (UI). MEDINA said she did not know and told LITTLE ROBERT that Chino (RIVERA) had just called her telling her to call LITTLE ROBERT and Patrick. MEDINA said he (RIVERA) had told her they (LITTLE ROBERT and Patrick) knew who they were supposed to get a hold of. LITTLE ROBERT said alright. MEDINA said he (RIVERA) told her to let them (LITTLE ROBERT and Patrick) know it was still going to be cracking (possibly narcotics sell).

MEDINA said she might give the phone to that dude (unspecified) or keep it (phone) and start calling him. LITTLE ROBERT asked MEDINA if he should give the money to MEDINA or give it to (UI) cousin. MEDINA said he

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

1. File No. R1-08-0451
2. G-DEP Identifier: YGH1C
3. File Title: MISQUEZ, SARA
4. Page 13 of 22
5. Program Code
6. Date Prepared: 08-11-2009

(RIVERA) had said to give it to her because he (RIVERA) did not want to give him (VENEGAS) shit because it was hot. LITTLE ROBERT said (UI) everyday. MEDINA said that was why he (RIVERA) had asked MEDINA to get at them and that was why she had the phone. MEDINA said she would be going to have to slide them the number. LITTLE ROBERT said alright. MEDINA told LITTLE ROBERT to get back at her at the phone and to get at Patrick. LITTLE ROBERT said he (Patrick) was his enemy but he (LITTLE ROBERT) knew how to get at him. MEDINA told LITTLE ROBERT to get at him (Patrick) and have him call the phone and she (MEDINA) would speak with him (Patrick). LITTLE ROBERT said alright.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA was contacting customers to collect proceeds from previous narcotic transactions. MEDINA didn't trust the runner in the organization because she believed law enforcement was watching the stash location at 1421 E. Nocta #C, Ontario, Ca. MEDINA advised the customer to pay her directly with the drug proceeds.

On August 7, 2009, at approximately 1742 hrs, MEDINA completed an outgoing call on TT #9 to Ignacio ESPINOZA aka Nacho on telephone # (909) 472-9652. ESPINOZA was the registered owner to the red Acura where law enforcement located the half pound of narcotics. During the conversation, MEDINA asked ESPINOZA where he was. ESPINOZA said he was leaving work. MEDINA said they took him (RIVERA) and they (cops) found something in the Acura, and they (cops) claimed they knew who owned that car. MEDINA said she told them (cops) the car had been stolen many times and she did not know how that shit had gotten in there. MEDINA stated she wanted ESPINOZA to say (that) about the car, if they (cops) get a hold of him. ESPINOZA said (UI) and MEDINA could not hear ESPINOZA. ESPINOZA said his phone sucked and would call MEDINA back.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA attempted to conspire with ESPINOZA to give a false statement to law enforcement about the status of the Acura.

On August 7, 2009, at approximately 1718 hrs, MEDINA had an incoming call on TT #9 from ESPINOZA on telephone # (909) 472-9652. During the

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| R1-08-0451 | YGH1C |
| 3. File Title | |
| MISQUEZ, SARA | |

4. Page 14 of 22

5. Program Code

6. Date Prepared
08-11-2009

conversation, MEDINA said he (RIVERA) had told them (cops) it (car) was his (RIVERA) homie's, but he (ESPINOZA) had not been there in a while since the thing (car) had broken down. ESPINOZA said if anything would happen it was going to be on him (ESPINOZA). ESPINOZA said he thought he (RIVERA) was going to say he (RIVERA) had bought it (car) off him (ESPINOZA) or something. ESPINOZA asked what he was going to tell them (cops). MEDINA said they (cops) were trying to say that was her car but she denied the car being hers. MEDINA said he (RIVERA) had also told them the car had been stolen many times and they did not know what was in the car. MEDINA said he (RIVERA) did not know what MEDINA was going to say but ESPINOZA should say he (ESPINOZA) had not (UI) for 2 years. ESPINOZA said he did not know and figured they (MEDINA and RIVERA) would say the car belonged to MEDINA but was under ESPINOZA's name. MEDINA told ESPINOZA about the cops being all over the place when she had gone outside. MEDINA said they (cops) knew what exactly had gone down. ESPINOZA asked if they (cops) had found something (narc). MEDINA said yes and that was why they had taken him (RIVERA) in for. MEDINA said she was sure they were not going to go (poss ESPINOZA's house) because of the whole way things had gone down. MEDINA said it seemed liked they (cops) had been watching everything. ESPINOZA asked MEDINA what he (RIVERA) was looking at. MEDINA said he had gotten book for a parole violation and nothing else so far. ESPINOZA said he was not going to tell them (cops) it was his (RIVERA) but he (ESPINOZA) was going to have to say he sold it (car) to someone over there (MEDINA'S location) because it (car) was under his (ESPINOZA) name. ESPINOZA said he was not going to say it was his (RIVERA) because it would pin him (RIVERA). ESPINOZA said he could not say he (ESPINOZA) had just left it (car) there either. ESPINOZA said he was going to have to say it was her (MEDINA'S) car.

MEDINA told ESPINOZA she was just letting ESPINOZA know if they would roll over there to let her (MEDINA) know. ESPINOZA said that was why he wanted to speak with MEDINA to see what he (ESPINOZA) was going to tell them (cops). ESPINOZA asked MEDINA if he should tell them it was her (MEDINA) car. MEDINA said she did not know and it was fine if he said if the car was hers or he could say they (MEDINA and RIVERA) had given him (ESPINOZA) a little money there, but still owed ESPINOZA money. ESPINOZA said he was not going to include him (RIVERA). MEDINA told ESPINOZA to say his (RIVERA) baby's mama (MEDINA) was going to give, or owed ESPINOZA the

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YCH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 15 of 22

5. Program Code

6. Date Prepared 08-11-2009

rest of the money for the car. ESPINOZA said it was obvious they (cops) knew they (ESPINOZA and MEDINA) knew each other but they ESPINOZA and MEDINA had to have their story straight just in case they (cops) would go to ESPINOZA'S house. ESPINOZA told MEDINA they needed to figure something out. MEDINA repeated to ESPINOZA to tell them (cops) she still owed ESPINOZA money for the car and that (car) was just there. MEDINA asked ESPINOZA what he thought about that. ESPINOZA asked if he (ESPINOZA) should say it about her because they (cops) are going to know names. MEDINA said yes and tell them he (ESPINOZA) was going to sell it (car) to MEDINA but she did not get all the money, so the car was just there. MEDINA asked ESPINOZA to call her back if anything. ESPINOZA said he was going to call her back because he did not want to get anyone in trouble.

On August 7, 2009, at approximately 1819 hrs, MEDINA on TT #9 had an outgoing call to GABBY on telephone # (909) 251-6139. During the conversation, MEDINA asked if she had heard the drama. GABBY asked if they (cops) raided the house, she said yes. MEDINA said she walk to the store and fuck it was all set up. MEDINA she came back and grabbed the car keys (Acura keys) and grabbed Bobby's phone. MEDINA said there were cops in the apartment next door looking over. MEDINA said they (cops) knew everything. GABBY was asked if somebody ratted him out, MEDINA said yes. MEDINA said they (cops) had RIVERA, Bobby and Peter. MEDINA said they (cops) found 3 G's on his pocket. MEDINA said they (cops) asked RIVERA where the keys to the car. MEDINA said she told them (cops) she did not know where the keys were. MEDINA said they (cops) called the tow truck and brought the dogs and found out it was a big amount. MEDINA said they (cops) wanted to link the car to RIVERA, so she did not give them (cops) the keys. MEDINA said the car note was under Nacho (ESPINOZA). MEDINA told Bobby they (cops) knew what the fuck they were looking for. MEDINA said RIVERA almost got away with it but they (Cops) brought the dog a second time.

MEDINA said they (cops) tried to say good-bye to Bobby and then grab RIVERA's hand to shake but turned him around and hand cuffed him. MEDINA said she called Nacho and let him know everything that went down last night. Nacho said he thought RIVERA would have said it was his car, but MEDINA told Nacho he did not. Nacho asked MEDINA what she was going to do because Nacho said he was not going to go down for that shit but was not going to throw RIVERA'S name either. MEDINA said she told him (Nacho) what

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 16 of 22

5. Program Code

6. Date Prepared 08-11-2009

was he going to say that he (Nacho) gave it (car) to her (MEDINA). MEDINA said she would call GABBY back because Anna just got there.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA kept the keys to the Acura to avoid law enforcement detection of the narcotics concealed within the Acura.

On August 7, 2009, at approximately 1857 hrs, MEDINA on TT #9 had an incoming call from PATRICK LNU on telephone # (909) 983-0291. During the conversation, PATRICK LNU asked if Chino (RIVERA) was there. MEDINA said no and asked if this was PATRICK LNU. PATRICK LNU said yes. MEDINA told PATRICK LNU he (RIVERA) had gotten locked up last night. MEDINA said he (RIVERA) wanted PATRICK LNU to shoot the money over there (MEDINA location). PATRICK LNU said alright and asked if where he (PATRICK LNU) ad been going. MEDINA said she did not have a car right now but PATRICK NU could go drop it off over there.

MEDINA said he (RIVERA) would still be doing his thing (possibly selling narcotics) but the little fool (Cisco) wants to take it easy for a minute because some funny shit happened. PATRICK LNU said he had talked to Bony and he told him (PATRICK LNU) that he has been trying to get a hold of Robert. MEDINA said she had already talked to him (Robert). MEDINA told PATRICK LNU to go over as he (Cisco) would be doing his thing right there. PATRICK LNU asked if he was still on track, doing the same thing. MEDINA asked if PATRICK LNU had the dude's number (possibly Cisco). MEDINA told PATRICK LNU to just let him know that he had MEDINA'S money and to let him know to call him (PATRICK LNU) back when he felt it was cool as it was kind of hot there (Cisco's area).

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA was arranging with PATRICK LNU to make a payment for a previous narcotic transaction. MEDINA advised her runner was not conducting business due to law enforcement activities in the area.

On August 7, 2009, at approximately 2017 hrs, MEDINA on TT #9 completed an outgoing call to VENEGAS aka Cisco. During the conversation,

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. R1-08-0451    2. G-DEP Identifier YGH1C |
| | 3. File Title MISQUEZ, SARA |
| 4. Page 17 of 22 | |
| 5. Program Code | 6. Date Prepared 08-11-2009 |

MEDINA asked if Pat and Robert called VENEGAS. VENEGAS said Pat had called him but he did not have all the money. MEDINA said they both (Pat and Robert) had called MEDINA and said they had the money. VENEGAS said Patrick (Pat) was the only one who had called VENEGAS and was talking about letting him (Pat) get the same thing. VENEGAS said he told him (Pat) he could not do that because he (Pat) did not have all the money. MEDINA asked if he (Pat) had said he was going to take that money to VENEGAS. VENEGAS said he (Pat) was going to call VENEGAS in 20 minutes. MEDINA asked how much he (Pat) was going to give VENEGAS. VENEGAS said he (Pat) had said he had $70. MEDINA asked how much he (Pat) owed. VENEGAS said $150. MEDINA asked how much Robert owed. VENEGAS said he was not sure and was thinking he (Robert) did not owe anything. MEDINA said Robert did and she had just spoken to him. VENEGAS said if he (Robert) did then it was $300. MEDINA said she was trying to get that (money owed by Robert) because she was trying to get the mariachi for RIVERA'S mom's party. MEDINA said she had to go get her kids at school because they started school on Monday and she had to buy them school stuff. MEDINA said she wanted to see if they (Pat and Robert) were going to roll through.

VENEGAS told MEDINA Pat was the only one who had called. MEDINA said she had spoken to him (Robert) earlier and he said he had all the money there and MEDINA asked him (Robert) if he could drop it (money) off. VENEGAS said he (Robert) owed $300. MEDINA asked if he (VENEGAS) had his (Robert) number. VENEGAS said no. MEDINA said she was going to try and get a hold of him (Robert) because that (conversation betweeb Robert and MEDINA) was a while ago. MEDINA asked VENEGAS to call her if that other guy (Pat) would roll by and she would let VENEGAS know if Robert was going to roll through. VENEGAS said alright.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA was contacting the runner to confirm money owed for the narcotic trafficking organization.

On August 7, 2009, at approximately 2119 hrs, MEDINA on TT #9 had incoming conversation with VENEGAS on telephone # (909) 212-4036. VENEGAS told MEDINA Robert had called and asked MEDINA if he (VENEGAS) was supposed to give him (Robert) something. MEDINA said she did not know. VENEGAS said he did not know if he (VENEGAS) was supposed to give him

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 18 of 22

5. Program Code

6. Date Prepared 08-11-2009

(Robert) something or not. MEDINA said they (Robert and Pat) were probably cool guys, but she did not know. MEDINA said he (RIVERA) would normally would want to get rid of it (narc). VENEGAS said if he would give him (robert) what he wanted then he (Robert) would owe $300 MEDINA said he (Robert) probably did not have the money. VENEGAS said he (Robert) did have the money and had the 3 ($300/money owed). VENEGAS said he (Robert) wanted 2 more but he (VENEGAS) did not know him (Robert) well and did not know where he lived. VENEGAS said and if he (Robert) would not come up with the money then he (VENEGAS) would not know where to find him (Robert). VENEGAS said he could also just get the money he (Robert) owed RIVERA. MEDINA said to tell him to just give him (VENEGAS) a couple of days because it was hot as fuck. MEDINA said she was sure Bony knew Pat and Pat knew Robert, they hate each other and knew where each other stays at. VENEGAS asked MEDINA if he should shoot it to Robert or not. MEDINA asked VENEGAS to not leave it on her. VENEGAS said he was not going to make that decision and he (VENEGAS) was going to say no. MEDINA told VENEGAS to not do something so he (VENEGAS) could get fucked. MEDINA said maybe VENEGAS should do 1 instead of 2. VENEGAS said he was going to talk to him (Robert).

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA discussed with VENEGAS money owed from a customer named Robert. Robert wanted more narcotics from the organization but MEDINA suggested to VENEGAS to give the customer a smaller amount of narcotics because there is still money owed.

On August 8, 2009, at approximately 1020 hrs, MEDINA on TT #9 had an incoming call from David HERNANDEZ on telephone # (909) 218-0852. During the conversation, HERNANDEZ identified himself and asked for RIVERA. MEDINA told HERNANDEZ that RIVERA got busted on Thursday night and they raided the pad and she thought something funny was going on. MEDINA said he met with someone and 30 minutes later the house was full of cops with dogs and all that shit. MEDINA said they searched the house and everything. MEDINA said they said it was a parole sweep but she knew they did not do it like a parole search. MEDINA said they searched the house, the car and called AAA. MEDINA said that RIVERA told them he was not stupid and that this was not a parole sweep, with them searching cars that were not even his. MEDINA said at first they snatched him out. MEDINA said

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

1. File No. R1-08-0451
2. G-DEP Identifier YGH1C
3. File Title MISQUEZ, SARA
4. Page 19 of 22
5. Program Code
6. Date Prepared 08-11-2009

she thought they were raiding the apartments next door when she saw all the cops and then Peter told her they had Chino (RIVERA). MEDINA said the cops did not say they had consent to come in like in a parole sweep and they found the money this fool had but that was all. MEDINA said they tore up the house looking for the keys and she kept telling them this was not their car and they could run the plates. MEDINA said the cops told her they had run them and it came back (registered) to RIVERA but she knew they were lying. MEDINA said they called AAA and popped open the lock and they found shit in the car and she told them this was not their car. MEDINA continued to tell HERNANDEZ what the cops did that night, yet they did not tow that car and so she knew there was something funny going on. HERNANDEZ asked if she thought they would release him or not. MEDINA said they found him with something, not on him though, and that was why they wanted the keys to the car so they could link him to the car. MEDINA cursed and said she had the keys on her but fuck them (cops). MEDINA said they told her she could go to jail for lying and she told them why would he risk that. MEDINA said she had the keys in her back pocket and chuckled, but was not going to give them the keys, they would take her kids from her.

On August 8, 2009, at approximately 1035 hrs, MEDINA on TT #9 completed an outgoing call to NAVARRO on telephone # (909) 437-8785. During the conversation, MEDINA told NAVARRO that RIVERA got busted on Thursday when they hit their house. NAVARRO asked what he got taken in for. MEDINA said they (cops) said it was a parole violation. MEDINA said RIVERA tried telling them he was at home, no homies were there, he did not have shit there but they said it was for narcotics. MEDINA said they did not find anything in the house, but in the car. MEDINA said the car was not registered in any of their names and they did not get the keys to the car so something funny was going on. MEDINA said this fool (possibly RIVERA) was waiting for this other fool (possibly Cisco) to come through with some money but he never came through. So this fool (possibly RIVERA) comes home with the money and he was going to meet up with another fool (possibly Gordo) and that fool (possibly Gordo) rolled through and MEDINA told RIVERA to get that shit (possibly narcotics) out of there (house) because she did not want her kids taken away for bullshit and (UI) the car and then not even an hour later they hit the pad. MEDINA said they (cops) tried to say it was a parole sweep but it was funny because they just

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 6/94 may be used

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
| 3. File Title MISQUEZ, SARA | |

4. Page 20 of 22

5. Program Code

6. Date Prepared 08-11-2009

knocked softly and said it was PD and RIVERA thinking it was a neighbor opened the door. MEDINA asked if it was a parole sweep didn't they just automatically come in. NAVARRO said yes, whenever they want. NAVARRO asked who they were. MEDINA said it was Martinez and there were about 10 cops, one of them blocking the car with his car. And they took him outside, then came in and found money on him, not drugs. They asked for the keys but she kept insisting that she did not have keys because it was not their car. MEDINA said they threatened her with jail for not giving them the keys, and called AAA and used the slim jim to open the car. MEDINA said she did not know what or how much shit they found in the car, but what was weird was that they did not impound the car.

NAVARRO said someone that RIVERA knows talked. MEDINA said he met up with a fool (Gordo) and not even an hour later, they got hit. MEDINA said that when RIVERA called her, he said that cat (Gordo) was next to him in West Valley and she was like what the fuck! then she finds out that fool (Gordo) gets out (released). NAVARRO asked who he was. MEDINA said she did not know him but RIVERA knew him and he (Gordo) was like a paisa, not from around here but more like from Riverside. MEDINA said RIVERA had not even been fuckin' with this dude (Gordo) and then out of the blue he called and said he had something. MEDINA said he (RIVERA) said he couldn't really do anything. MEDINA added that they had not charged him with anything yet and were probably going to make him do six months and then hit him with that shit.

NAVARRO said they should fight because that was not their car and it they did not have the keys and then asked if they took fingerprints of the inside of the car. MEDINA said they only brought the lady in to take pictures of what they found but she did not see if they took prints of the car because they had them all sitting on the steps. MEDINA said they brought the dog into the house too. MEDINA said the dog did not find anything because the dog did not bark. MEDINA said that was why she thought something was wrong here because they knew exactly what to look for. NAVARRO said someone talked and it could of been that dude (Gordo).

MEDINA said the fool (Gordo) was out already then added that they were having that big party (mom's) today. NAVARRO said RIVERA had told him he needed help with the money. MEDINA said she was going to help with the

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. R1-08-0451 | 2. G-DEP Identifier YGH1C |
|---|---|---|
| | 3. File Title MISQUEZ, SARA | |
| 4. Page 21 of 22 | | |
| 5. Program Code | 6. Date Prepared 08-11-2009 | |

money for the mariachi because that was what he wanted to do for his mom who was going to be 60. MEDINA said that fool that got out (released) was going to be there (party) so Bobby was like, better tell that motherfucker that (UI) and if anything he was going to take him out. MEDINA said he (possibly RIVERA) saw the paperwork (possibly for Gordo) and it showed something else, but MEDINA thought it was strange.

NAVARRO said it was funny that he (possibly Gordo) gets busted first and then they go and hit the house. MEDINA said that RIVERA was tripping on him and then said no, he saw the paperwork. MEDINA said still he (Gordo) might be a snitch. NAVARRO said even if the guy (Gordo) talked there would not be any paperwork on it. NAVARRO said the only time there was paperwork was in court or when making a statement because then there was always a lady typing (court reporter).

NAVARRO asked if the kids got scared. MEDINA said her son was not tripping because he recognized the cop but was tripping when RIVERA was arrested. NAVARRO said they would probably take him to Chino on Monday but he should fight it because that was not his car and they did not find anything at the house and asked if they got what they got with there hands. MEDINA said they were wearing gloves. NAVARRO said they could only prove with fingerprints. MEDINA said they came in straight for him and they knew what they were looking for. NAVARRO said to keep him posted and to let him know if she needed anything. MEDINA said she would probably find out more on Monday. NAVARRO said if she talked to RIVERA to tell him that NAVARRO was available to do whatever RIVERA needed done. MEDINA said alright and she would hit him back up then and said she was going to get ready for that big party for the mom.

Based on TFO Justin Johnson's training and experience and knowledge of the investigation, he believes MEDINA was advising NAVARRO of RIVERA'S arrest because NAVARRO is more respected and higher ranking within the criminal organization. NAVARRO discusses with MEDINA legal issues from the arrest in an attempt to assist RIVERA from not getting prosecuted by law enforcement.

### INDEXING
1. TORRES-CRUZ, Marco Antonio 

DEA SENSITIVE
Drug Enforcement Administration

OEA Form - 6a
(Jul. 1996)

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.