```
 1  ANGEL NAVARRO (State Bar No. 155702)
    E-mail: angel_navarro@me.com
 2  Attorney at Law
    The Petroleum Building
 3  714 W. Olympic Blvd., Suite 450
    Los Angeles, California  90015
 4  Telephone (213) 744-0216
    Facsimile (213) 746-4435
 5
    Attorneys for Defendant
 6  CARLOS RIVERA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CARLOS RIVERA,<br><br>　　　　　　Defendant. | CR 10-00351-ODW-7<br><br>DEFENDANT CARLOS RIVERA'S JOINDER TO CO-DEFENDANT'S MOTIONS TO SUPPRESS WIRETAP EVIDENCE AND MOTION FOR DISCOVERY; DECLARATION OF DEFENDANT |

　　　Defendant, Carlos Rivera, hereby joins in the following motions filed by co-defendants:

　　　1. Motion to Suppress Wiretap Evidence Seized from Unlawful Delegation of Warrant Execution to Non-Law Enforcement, Untrained, Unsupervised Civilians for Hire, filed by co-defendant Juan Gil (docket item 1556);

　　　2. Motion to Suppress Illegal Wiretaps not Properly Pre-Authorized by the Department of Justice, filed by co-defendant Juan Gil (docket item 1557);

/

/

    3. Motion to Suppress Evidence from Overbroad Wiretap Order that Failed to Identify Particular Evidence to be Seized, filed by co-defendant Juan Gil(docket item 1558); and

    4. Motion for Court Order Compelling the Government to Produce Evidence, filed by co-defendant Juan Gil (docket item 1560).

    5. Motion to Suppress Wiretap Evidence from Target Telephone Number 9, filed by co-defendant Jessica Medina (docket item 1590).

    With respect to docket items 1556, 1557 and 1558, this joinder is made without prejudice to Mr. Rivera subsequently being able to file a wire tap motion or motions challenging the probable cause and necessity requirements, and without prejudice to Mr. Rivera subsequently filing a wiretap motion or motions following the receipt of additional discovery through docket item 1560.

    In addition, with respect to docket items 1556, 1557, 1558, and 1590, a declaration of standing by defendant Carlos Rivera is attached.

Respectfully submitted,

DATED: July 16, 2012          By_____/s/_____
                                    ANGEL NAVARRO
                                    Attorney at Law

## DECLARATION OF CARLOS RIVERA

I Carlos Rivera, hereby state and declare as follows:

1. I am defendant number seven in the above entitled matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify to such facts under oath.

2. I make this declaration under the compulsion of Local Criminal Rule 12-1.1 and based on the understanding that Simmons v. United States, 390 U.S. 377 (1968) holds that nothing I say in this declaration will be used against me or admitted into evidence in the government's case in chief at trial.

3. During its investigation of the above entitled matter, the government obtained court orders authorizing the interception of wire communications. I was intercepted and recorded as a result of the wiretaps, including the wiretaps for target telephone 9 (TT#9). I am joining in the motions to suppress wiretap evidence filed by my co-defendants in this case (docket items 1556, 1557, 1558 and 1590).

4. I make this declaration for the sole purpose of asserting my rights under the Fourth Amendment and Title III, and I reserve my rights under the Fifth Amendment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 16, 2012        By _____
                              CARLOS RIVERA
                              Declarant

3