DANA CEPHAS, Bar No. 181847
CEPHAS LAW FIRM
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone:   (310) 461-1441
Facsimile:    (310) 499-7010

Attorneys for Defendant
RAUL PRIETO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO BARAJAS, et al.,<br>RAUL PRIETO (29),<br><br>　　　　　Defendant. | NO. CR 10-00351-ODW-(29)<br><br>DEFENDANT RAUL PRIETO'S JOINDER TO CO-DEFENDANT JESSICA MEDINA'S MOTION TO SUPPRESS WIRETAP EVIDENCE; DECLARATION OF DANA CEPHAS; DECLARATION OF RAUL PRIETO<br><br>Hearing Date: August 13, 2012<br>Hearing Time: 10:00 a.m.<br><br>Trial Date: November 6, 2012 |

Cephas Law Firm
1910 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
310-461-1441

**DEFENDANT PRIETO'S JOINDER IN THE MOTION OF JESSICA MEDINA DOCKETED AT NO. 1590**

1 | TO: UNITED STATES ATTORNEY ANDRE BIROTTE, JR. AND
2 | ASSISTANT UNITED STATES ATTORNEY REEMA EL-AMAMY.
3 |     PLEASE TAKE NOTICE that Defendant RAUL PRIETO, by and through his
4 | attorney of record Dana Cephas, hereby joins in co-defendant Jessica Medina's
5 | Motion regarding suppression of wiretap evidence (related to lack of necessity for a
6 | wiretap of the telephone used by a co-defendant), at Docket No. 1590, that is
7 | scheduled to be heard on August 13, 2012 at 10:00 a.m., or as soon thereafter as
8 | counsel may be heard, in the Courtroom of the Honorable Otis D. Wright, United
9 | States District Judge.
10 | Dated: July 16, 2012        CEPHAS LAW FIRM

By: *Dana Cephas*
     Dana Cephas

Attorneys for Defendant
RAUL PRIETO

## DECLARATION OF DANA CEPHAS

I, DANA CEPHAS declare and state as follows:

1. I am a CJA attorney and have been appointed to represent Defendant Raul Prieto in the above-captioned case. I have personal knowledge of the facts set forth below, and if called to testify, would testify competently as to the matters contained herein.

2. I have reviewed the motion to suppress wiretap evidence filed on behalf of defendant Jessica Medina, and hereby join in and incorporate the arguments in that motion because my review of the discovery in this case confirmed that my client was captured in at least one wiretap conversation on the targeted telephone that is the subject of Ms. Medina's motion. The substance of that conversation is set forth in Overt Act 99 on page 26 of the Indictment. Accordingly, my client has standing to join Ms. Medina's motion. On today's date, Mr. Prieto authorized me to submit the electronic signature on his attached declaration.

I declare, under penalty of perjury under the laws of the United States and the state of California, that the foregoing is true and correct.

Signed this 16th day of July, 2012, at Los Angeles, California.



DANA CEPHAS

Cephas Law Firm
1910 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
310-461-1441

## DECLARATION OF RAUL PRIETO

I, RAUL PRIETO declare and state as follows:

1. I am a defendant in this action. I make this declaration under the compulsion of Local Criminal Rule 12-1.1, and based on my understanding of relevant law as set forth in *Simmons v. United States*, 390 U.S. 377, 394 (1968), which held that when a defendant testifies in support of a motion to suppress evidence, his testimony may not thereafter be admitted against him at trial. I have personal knowledge of the facts set forth below, and if called to testify, would testify competently as to the matters contained herein.

2. I have reviewed the indictment and some of the discovery produced by the Government in this matter and based on my review of those materials, I believe that law enforcement officers (and/or their agents) working on this case intercepted and recorded at least one telephone call that I received from the targeted telephone (that is the focus of Ms. Medina's motion) identified in one of the wiretap applications and wiretap orders related to this case. The substance of that call (which purports to summarize a conversation between myself and a co-defendant on or about August 6, 2009) is set forth in Overt Act 99 on page 26 of the Indictment.

I declare, under penalty of perjury under the laws of the United States and the state of California, that the foregoing is true and correct.

Signed this 16th day of July, 2012, at Ontario, California.

_____/s/_____
RAUL PRIETO

McGuireWoods LLP
1170 Peachtree St. NE
Suite 2100
Atlanta, Georgia 30309
404-443-5500

-2-

**DECLARATION IN SUPPORT OF JOINDER TO WIRETAP MOTION**