**EXHIBIT 1**



**U.S. Department of Justice**

Criminal Division

_____

Washington, D.C. 20530

FEB - 4 2009

<u>MEMORANDUM</u>

TO:     Maureen H. Killion, Director
Office of Enforcement Operations
Criminal Division

ATTN:   Reema El-Amamy

FROM:   Rita M. Glavin
Acting Assistant Attorney General
Criminal Division

SUBJECT:   Authorization for Interception Order Application


     This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
interception of wire communications occurring to and from the
cellular telephones bearing the numbers (909) 631-8843,
subscribed to by Ramon Ponce, 10351 Central Avenue, Montclair,
California, and accessed through International Mobile Subscriber
Identity (IMSI) number 000009096368023, and (626) 736-0066,
subscribed to by Jose Lopez, 13020 Francisquito Suite 17, Baldwin
Park, California, and accessed through IMSI number
000006262083542, in connection with an investigation into
possible violations of Title 18, United States Code, Sections 2,
1956, 1957, 1959, 1962, and 1963, and Title 21, United States
Code, Sections 841, 843, 846, 952, and 960, by "Alex," Manuel
Vega, David Navarro, Steve Osker Hoyos, Sara Leticia Misquez,
"Chipo," Steven Hernandez, Larry Cuevas, Patrick Orosco, Armando
Venegas, Richard LNU, Mario LNU, Lucio Gallardo Diaz, Ray LNU,
Shawn Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul
Onsurez, Jose Navarro, and others as yet unknown.

     By virtue of the authority vested in the Attorney General of
the United States by Section 2516 of Title 18, United States
Code, the Attorney General has by Order Number 2943-2008, dated
January 22, 2008, designated specific officials in the Criminal
Division to authorize applications for court orders authorizing
the interception of wire or oral communications. As a duly

designated official in the Criminal Division, this power is
exercisable by the undersigned.  WHEREFORE, acting under this
delegated power, the appropriately designated official hereby
authorizes the above-described application to be made by any
investigative or law enforcement officer of the United States as
defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the
target telephone numbers listed above, but also to any other
telephone numbers or telephones accessed through the above-
referenced IMSI numbers, and to any other IMSI numbers accessed
through the target telephone numbers referenced above, within the
thirty (30) day period.  The authorization is also intended to
apply to the target telephone numbers referenced above regardless
of service provider, and to background conversations intercepted
in the vicinity of the target telephones while the telephones are
off the hook or otherwise in use.

_____
Rita M. Glavin
Acting Assistant Attorney General
Criminal Division


FEB - 4 2009
_____
Date


David H. Hennessy
Acting Deputy Assistant Attorney General
Criminal Division

USA000019



# Office of the Attorney General

## Washington, D.C. 20530

ORDER NO.  2943-2008

### SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C. § 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), the following officials are hereby specially designated to exercise the power conferred by section 2516(1) of title 18, United States Code, to authorize applications to a Federal judge of competent jurisdiction for orders authorizing or approving the interception of wire and oral communications by the Federal Bureau of Investigation or Federal agency having responsibility for the investigation of the offense(s) as to which such application is made, when such interception may provide evidence of any of the offenses specified in section 2516 of title 18, United States Code:

1.   The Assistant Attorney General in charge of the Criminal Division, any Acting Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the Criminal Division;

2.   The Assistant Attorney General for National Security, any Acting Assistant Attorney General for National Security, any Deputy Assistant Attorney General for National Security, and any Acting Deputy Assistant Attorney General for National Security, with respect to those matters delegated to the supervision and responsibility of the Assistant Attorney General for National Security.  These officials of the National Security Division shall exercise this authority through, and in full coordination with, the Office of Enforcement Operations within the Criminal Division.

Attorney General Order No. 2887-2007 of July 3, 2007, is revoked effective at 11:59 p.m. of the day following the date of this order.

_January 22, 2008_
Date

Michael B. Mukasey
Attorney General



**U.S. Department of Justice**

Criminal Division

_____

Washington, D.C.  20530

MAR 1 2 2009

MEMORANDUM

TO:        Maureen H. Killion, Director
           Office of Enforcement Operations
           Criminal Division

ATTN:      Reema El-Amamy

FROM:      Rita M. Glavin
           Acting Assistant Attorney General
           Criminal Division

SUBJECT:   Authorization for Interception Order Application


        This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
interception of wire communications occurring to and from the
cellular telephones bearing the numbers (909) 251-1663,
subscribed to by Armando Gonzales, 15576 Merrill Avenue, Fontana,
California, and (909) 261-9412, subscribed to by Gabriela Meza,
1560 Otterbein Avenue, Space 18, Rowland Heights, California, in
connection with an investigation into possible violations of
Title 18, United States Code, Sections 2, 1956, 1957, 1959, 1962,
and 1963, and Title 21, United States Code, Sections 841, 843,
846, 952, 960, and 963, by "Alex," David Navarro, Steve Osker
Hoyos, Sara Leticia Misquez, "Chipo," Steven Hernandez, Larry
Cuevas, Patrick Orosco, Armando Venegas, Richard LNU, Mario LNU,
Lucio Gallardo Diaz, Ray LNU, Shawn Young, Carmela LNU,
"Cabezon," Gabriel Macias, Paul Onsurez, Juan Diaz, and others as
yet unknown.

        By virtue of the authority vested in the Attorney General of
the United States by Section 2516 of Title 18, United States
Code, the Attorney General has by Order Number 3055-2009, dated
February 26, 2009, designated specific officials in the Criminal
Division to authorize applications for court orders authorizing
the interception of wire or oral communications.  As a duly
designated official in the Criminal Division, this power is
exercisable by the undersigned.  WHEREFORE, acting under this

delegated power, the appropriately designated official hereby authorizes the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone numbers listed above, but to any other telephone numbers subsequently assigned to the instruments bearing the same electronic serial number or Mobile Equipment Identifier number used by the target cellular telephones within the thirty-day period. The authorization is also intended to apply to the target telephone numbers referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephones while the telephones are off the hook or otherwise in use.

Rita M. Glavin
Acting Assistant Attorney General
Criminal Division

MAR 1 2 2009
_____
Date

Kenneth A. Blanco
Deputy Assistant Attorney General
Criminal Division



# Office of the Attorney General
## Washington, D.C.

ORDER NO.   3055-2009

SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND
NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT
ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C.
§ 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), and in order to preclude any contention that the
designations by the prior Attorney General have lapsed, the following officials are hereby
specially designated to exercise the power conferred by section 2516(1) of title 18, United States
Code, to authorize applications to a Federal judge of competent jurisdiction for orders
authorizing or approving the interception of wire and oral communications by the Federal Bureau
of Investigation or a Federal agency having responsibility for the investigation of the offense(s)
as to which such application is made, when such interception may provide evidence of any of the
offenses specified in section 2516 of title 18, United States Code:

1.   The Assistant Attorney General in charge of the Criminal Division, any Acting
Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney
General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the
Criminal Division;

2.   The Assistant Attorney General for National Security, any Acting Assistant Attorney
General for National Security, any Deputy Assistant Attorney General for National Security, and
any Acting Deputy Assistant Attorney General for National Security, with respect to those
matters delegated to the supervision and responsibility of the Assistant Attorney General for
National Security.  These officials of the National Security Division shall exercise this authority
through, and in full coordination with, the Office of Enforcement Operations within the Criminal
Division.

Attorney General Order No. 2943-2008 of January 22, 2008, is revoked effective at
11:59 p.m. of the day following the date of this order.

2-26-09
_____
Date

_____
Eric H. Holder, Jr.
Attorney General

USA000134



**U.S. Department of Justice**

Criminal Division

---

*Washington, D.C.  20530*

APR 2 8 2009

<u>MEMORANDUM</u>

TO:        Maureen H. Killion, Director
           Office of Enforcement Operations
           Criminal Division

ATTN:      Reema El-Amamy

FROM:      Lanny A. Brauer
           Assistant Attorney General
           Criminal Division

SUBJECT:   Authorization for Interception Order Application


        This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
continued interception of wire communications occurring to and
from the cellular telephone bearing the number (909) 251-1663,
subscribed to by Armando Gonzales, 15576 Merrill Avenue, Fontana,
California, and the initial interception of wire communications
occurring to and from the cellular telephone bearing the number
(909) 489-8277, subscribed to by Whaterver, Crazt Legs, 1925
Eloise Way, Upland, California, in connection with an
investigation into possible violations of Title 18, United States
Code, Sections 2, 1956, 1957, 1959, 1962, and 1963, and Title 21,
United States Code, Sections 841, 843, 846, 952, 960, and 963, by
"Alex," David Navarro, Steve Osker Hoyos, Sara Leticia Misquez,
"Chipo," Steven Hernandez, Larry Cuevas, Patrick Orosco, Armando
Venegas, Richard Castorena, Mario LNU, Lucio Gallardo Diaz, Ray
LNU, Shawn Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul
Onsurez, Juan Diaz, "UM/SOS," "Felix," "Jose LNU," Gilberto
Gutierrez, Jose Gutierrez, Teresa Castro, and others as yet
unknown.

        By virtue of the authority vested in the Attorney General of
the United States by Section 2516 of Title 18, United States
Code, the Attorney General has by Order Number 3055-2009, dated
February 26, 2009, designated specific officials in the Criminal

Division to authorize applications for court orders authorizing the interception of wire or oral communications.  As a duly designated official in the Criminal Division, this power is exercisable by the undersigned.  WHEREFORE, acting under this delegated power, the appropriately designated official hereby authorizes the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone numbers listed above, but to any other telephone numbers subsequently assigned to the instruments bearing the same electronic serial number or Mobile Equipment Identifier number used by the target cellular telephones within the thirty-day period.  The authorization is also intended to apply to the target telephone numbers referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephones while the telephones are off the hook or otherwise in use.

Lanny A. Breuer
Assistant Attorney General
Criminal Division


____APR 2 8 2009_____
Date


John C. Keeney
John C. Keeney
Deputy Assistant Attorney General
Criminal Division



# Office of the Attorney General
### Washington, D.C.

ORDER NO.  3055-2009

## SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C. § 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), and in order to preclude any contention that the designations by the prior Attorney General have lapsed, the following officials are hereby specially designated to exercise the power conferred by section 2516(1) of title 18, United States Code, to authorize applications to a Federal judge of competent jurisdiction for orders authorizing or approving the interception of wire and oral communications by the Federal Bureau of Investigation or a Federal agency having responsibility for the investigation of the offense(s) as to which such application is made, when such interception may provide evidence of any of the offenses specified in section 2516 of title 18, United States Code:

1.  The Assistant Attorney General in charge of the Criminal Division, any Acting Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the Criminal Division;

2.  The Assistant Attorney General for National Security, any Acting Assistant Attorney General for National Security, any Deputy Assistant Attorney General for National Security, and any Acting Deputy Assistant Attorney General for National Security, with respect to those matters delegated to the supervision and responsibility of the Assistant Attorney General for National Security. These officials of the National Security Division shall exercise this authority through, and in full coordination with, the Office of Enforcement Operations within the Criminal Division.

Attorney General Order No. 2943-2008 of January 22, 2008, is revoked effective at 11:59 p.m. of the day following the date of this order.

2-26-09
Date

Eric H. Holder, Jr.
Attorney General



**U.S. Department of Justice**

Criminal Division

---

Washington, D.C.  20530

JUN 1 2 2009

MEMORANDUM

TO:       Maureen H. Killion, Director
          Office of Enforcement Operations
          Criminal Division

ATTN:     Reema El-Amamy

FROM:     Lanny A. Brauer
          Assistant Attorney General
          Criminal Division

SUBJECT:  Authorization for Interception Order Application

    This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
continued interception of wire communications occurring to and
from the cellular telephones bearing the numbers (909) 251-1663,
subscribed to by Armando Gonzales, 15576 Merrill Avenue, Fontana,
California, and (909) 489-8277, subscribed to by Whaterver, Crazt
Legs, 1925 Eloise Way, Upland, California, and the initial
interception of wire communications occurring to and from the
cellular telephone bearing the number (951) 368-4804, subscribed
to by Raul Gonzalez, P.O. Box 54988, Irvine, California, and
accessed through International Mobile Subscriber Identification
(IMSI) number 316010154367205, in connection with an
investigation into possible violations of Title 18, United States
Code, Sections 2, 1956, 1957, 1959, 1962, and 1963, and Title 21,
United States Code, Sections 841, 843, and, 846, by "Alex," David
Navarro, Steve Osker Hoyos, Sara Leticia Misquez, "Chipo," Steven
Hernandez, Larry Cuevas, Patrick Orosco, Armando Venegas, Richard
Castorena, Mario LNU, Lucio Gallardo Diaz, Ray Perez, Shawn
Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul Onsurez, Juan
Diaz, "SOS," Victor Carrasco Felix, "Jose LNU," Gilberto
Gutierrez, Jose Gutierrez, Teresa Castro, Deborah Cortez, Roberto
Sosa, Enrique Jiminez, Salvador Martinez, Daniel Reyes, "Red
Eye," and others as yet unknown.

By virtue of the authority vested in the Attorney General of the United States by Section 2516 of Title 18, United States Code, the Attorney General has by Order Number 3055-2009, dated February 26, 2009, designated specific officials in the Criminal Division to authorize applications for court orders authorizing the interception of wire or oral communications.  As a duly designated official in the Criminal Division, this power is exercisable by the undersigned.  WHEREFORE, acting under this delegated power, the appropriately designated official hereby authorizes the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone numbers listed above, but also to any other telephone number or telephone accessed through the above-referenced IMSI number, and to any other IMSI number accessed through that target telephone number referenced above, and to any other telephone numbers subsequently assigned to or used by the instruments bearing the same electronic serial number or mobile equipment identifier used by the other target telephones, within the thirty (30) day period.  The authorization is also intended to apply to the target telephone numbers referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephones while the telephones are off the hook or otherwise in use.

_____
Lanny A. Breuer
Assistant Attorney General
Criminal Division

JUN 1 2 2009
_____
Date

**Gary G. Grindler**
**Deputy Assistant Attorney General**
**Criminal Division**



# Office of the Attorney General
Washington, D.C.

ORDER NO.   3055-2009

## SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C. § 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), and in order to preclude any contention that the designations by the prior Attorney General have lapsed, the following officials are hereby specially designated to exercise the power conferred by section 2516(1) of title 18, United States Code, to authorize applications to a Federal judge of competent jurisdiction for orders authorizing or approving the interception of wire and oral communications by the Federal Bureau of Investigation or a Federal agency having responsibility for the investigation of the offense(s) as to which such application is made, when such interception may provide evidence of any of the offenses specified in section 2516 of title 18, United States Code:

1.   The Assistant Attorney General in charge of the Criminal Division, any Acting Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the Criminal Division;

2.   The Assistant Attorney General for National Security, any Acting Assistant Attorney General for National Security, any Deputy Assistant Attorney General for National Security, and any Acting Deputy Assistant Attorney General for National Security, with respect to those matters delegated to the supervision and responsibility of the Assistant Attorney General for National·Security.  These officials of the National Security Division shall exercise this authority through, and in full coordination with, the Office of Enforcement Operations within the Criminal Division.

Attorney General Order No. 2943-2008 of January 22, 2008, is revoked effective at 11:59 p.m. of the day following the date of this order.

2-26-09
_____
Date

E. Holder
_____
Eric H. Holder, Jr.
Attorney General



**U.S. Department of Justice**

Criminal Division

---

*Washington, D.C.  20530*

JUL 15 2009

MEMORANDUM

TO:        Janet D. Webb, Acting Director
           Office of Enforcement Operations
           Criminal Division

ATTN:      Reema El-Amamy

FROM:      Lanny A. Breuer
           Assistant Attorney General
           Criminal Division

SUBJECT:   Authorization for Interception Order Application


        This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
continued interception of wire communications occurring to and
from the cellular telephone bearing the number (909) 489-8277,
subscribed to by Whaterver, Crazt Legs, 1925 Eloise Way, Upland,
California, and the initial interception of wire communications
occurring to and from the cellular telephones bearing the numbers
(909) 545-1313, with no subscriber information; (909) 319-2187,
subscribed to by Jose Silba, with no listed address, and accessed
through International Mobile Subscriber Identification ("IMSI")
number 310260493015199; and, (909) 419-9937, subscribed to by
Jessica Medina, P.O. Box 54988, Irvine, California, and accessed
through IMSI number 316010154431162, in connection with an
investigation into possible violations of Title 18, United States
Code, Sections 2, 922, 1956, 1957, 1959, 1962, and 1963, and
Title 21, United States Code, Sections 841, 843, and 846, by
"Alex," David Navarro, Steve Osker Hoyos, Sara Leticia Misquez,
"Chipo," Steven Hernandez, Larry Cuevas, Patrick Orosco, Armando
Venegas, Richard Castorena, Mario LNU, Lucio Gallardo Diaz, Ray
Perez, Shawn Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul
Onsurez, Juan Diaz, "SOS," Victor Carrasco Felix, "Jose LNU,"
Gilberto Gutierrez, Jose Gutierrez, Teresa Castro, Deborah
Cortez, Roberto Sosa, Enrique Jimenez, Salvador Martinez, Daniel

Reyes, "M," Juan Gil, Armando Barajas, "Red Eye," Marlon Jiron, Fernando Morales, Carlos Vasquez, Steven Espinoza, Ernest Castillo, Monica Cornejo, Fernando Lopez, "Rude Boy," "Boxer," "El Oso," Rebecca Estrada, Octavio Pena, and others as yet unknown.

By virtue of the authority vested in the Attorney General of the United States by Section 2516 of Title 18, United States Code, the Attorney General has by Order Number 3055-2009, dated February 26, 2009, designated specific officials in the Criminal Division to authorize applications for court orders authorizing the interception of wire or oral communications. As a duly designated official in the Criminal Division, this power is exercisable by the undersigned. WHEREFORE, acting under this delegated power, the appropriately designated official hereby authorizes the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone numbers listed above, but also to any other telephone numbers or telephones accessed through the above-referenced IMSI numbers, and to any other IMSI numbers accessed through those target telephone numbers referenced above, and to any other telephone number subsequently assigned to or used by the instrument bearing the same electronic serial number used by the other target telephone, within the thirty (30) day period. The authorization is also intended to apply to the target telephone numbers referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephones while the telephones are off the hook or otherwise in use.

Lanny A. Breuer
Assistant Attorney General
Criminal Division

JUL 15 2009

Date

Kenneth A. Blanco
Deputy Assistant Attorney General
Criminal Division



# Office of the Attorney General
## Washington, D.C.

ORDER NO.   3055-2009

### SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C. § 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), and in order to preclude any contention that the designations by the prior Attorney General have lapsed, the following officials are hereby specially designated to exercise the power conferred by section 2516(1) of title 18, United States Code, to authorize applications to a Federal judge of competent jurisdiction for orders authorizing or approving the interception of wire and oral communications by the Federal Bureau of Investigation or a Federal agency having responsibility for the investigation of the offense(s) as to which such application is made, when such interception may provide evidence of any of the offenses specified in section 2516 of title 18, United States Code:

1.  The Assistant Attorney General in charge of the Criminal Division, any Acting Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the Criminal Division;

2.  The Assistant Attorney General for National Security, any Acting Assistant Attorney General for National Security, any Deputy Assistant Attorney General for National Security, and any Acting Deputy Assistant Attorney General for National Security, with respect to those matters delegated to the supervision and responsibility of the Assistant Attorney General for National Security.  These officials of the National Security Division shall exercise this authority through, and in full coordination with, the Office of Enforcement Operations within the Criminal Division.

Attorney General Order No. 2943-2008 of January 22, 2008, is revoked effective at 11:59 p.m. of the day following the date of this order.

2-26-09
_____
Date

_____
Eric H. Holder, Jr.
Attorney General



**U.S. Department of Justice**

Criminal Division

---

Washington, D.C.  20530

AUG 14 2009

<u>MEMORANDUM</u>

TO:       Janet D. Webb, Acting Director
               Office of Enforcement Operations
               Criminal Division

ATTN:     Justin R. Rhoades and Reema El-Amamy

FROM:     Lanny A. Breuer
               Assistant Attorney General
               Criminal Division

SUBJECT:  Authorization for Interception Order Application

     This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
continued interception of wire communications occurring to and
from the cellular telephone bearing the number (909) 319-2187,
subscribed to by Jose Silba, with no listed address, and accessed
through International Mobile Subscriber Identification ("IMSI")
number 310260493015199, and the initial interception of wire
communications occurring to and from the cellular telephones
bearing the numbers (909) 549-1539, subscribed to by Robert
Lopez, 2724 S. Monterey Place, Ontario, California; (909) 282-
5934, subscribed to by CM CM, 13910 Peyton Drive, Chino Hills,
California, and accessed through IMSI number 316010154451711; and
(909) 437-8785, subscribed to by Robert Cariinaoo, 2215 Mountain,
Ontario, California, in connection with an investigation into
possible violations of Title 18, United States Code, Sections 2,
922, 1956, 1957, 1959, 1962, and 1963, and Title 21, United
States Code, Sections 841, 843, and 846, by "Alex," David
Navarro, Steve Osker Hoyos, Sara Leticia Misquez, "Chipo," Steven
Hernandez, Larry Cuevas, Patrick Orosco, Armando Venegas, Richard
Castorena, Mario LNU, Lucio Gallardo Diaz, Ray Perez, Shawn
Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul Onsurez, Juan
Diaz, "SOS," Victor Carrasco Felix, Jose LNU, Gilberto Gutierrez,
Jose Gutierrez, Teresa Castro, Deborah Cortez, Roberto Sosa,
Enrique Jimenez, Salvador Martinez, Daniel Reyes, "M," Juan Gil,
Armando Barajas, "Red Eye," Marlon Jiron, Fernando Morales,

Carlos Vasquez, Steven Espinoza, Ernest Castillo, Monica Cornejo, Fernando Lopez, "Rude Boy," "Boxer," "El Oso," Rebecca Estrada, Octavio Pena, Jose Hurtado, David Hernandez, Michael Sanchez, Adolph Moraga, Raul Prieto, "Mano," "Kim," "Carnicero," "Justine," "Josue," "Dan," "Masacote," and others as yet unknown.

By virtue of the authority vested in the Attorney General of the United States by Section 2516 of Title 18, United States Code, the Attorney General has by Order Number 3055-2009, dated February 26, 2009, designated specific officials in the Criminal Division to authorize applications for court orders authorizing the interception of wire or oral communications.  As a duly designated official in the Criminal Division, this power is exercisable by the undersigned. WHEREFORE, acting under this delegated power, the appropriately designated official hereby authorizes the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone numbers listed above, but also to any other telephone numbers or telephones accessed through the above-referenced IMSI numbers, and to any other IMSI numbers accessed through those target telephone numbers referenced above, and to any other telephone numbers subsequently assigned to or used by the instruments bearing the same electronic serial numbers used by the other target telephones, within the thirty (30) day period. The authorization is also intended to apply to the target telephone numbers referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephones while the telephones are off the hook or otherwise in use.

Lanny A. Breuer
Assistant Attorney General
Criminal Division

AUG 14 2009
_____
Date

Kenneth A. Blanco
Deputy Assistant Attorney General
Criminal Division



# Office of the Attorney General
Washington, D.C.

ORDER NO.   3055-2009

## SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C. § 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), and in order to preclude any contention that the designations by the prior Attorney General have lapsed, the following officials are hereby specially designated to exercise the power conferred by section 2516(1) of title 18, United States Code, to authorize applications to a Federal judge of competent jurisdiction for orders authorizing or approving the interception of wire and oral communications by the Federal Bureau of Investigation or a Federal agency having responsibility for the investigation of the offense(s) as to which such application is made, when such interception may provide evidence of any of the offenses specified in section 2516 of title 18, United States Code:

1.   The Assistant Attorney General in charge of the Criminal Division, any Acting Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the Criminal Division;

2.   The Assistant Attorney General for National Security, any Acting Assistant Attorney General for National Security, any Deputy Assistant Attorney General for National Security, and any Acting Deputy Assistant Attorney General for National Security, with respect to those matters delegated to the supervision and responsibility of the Assistant Attorney General for National Security. These officials of the National Security Division shall exercise this authority through, and in full coordination with, the Office of Enforcement Operations within the Criminal Division.

Attorney General Order No. 2943-2008 of January 22, 2008, is revoked effective at 11:59 p.m. of the day following the date of this order.

_2-26-09_
Date

_Eric H. Holder, Jr._
Eric H. Holder, Jr.
Attorney General



**U.S. Department of Justice**

Criminal Division

---

*Washington, D.C.  20530*

<u>MEMORANDUM</u>                         SEP 22 2009

TO:       Janet D. Webb, Acting Director
          Office of Enforcement Operations
          Criminal Division

ATTN:     Justin R. Rhoades and Reema El-Amamy

FROM:     Lanny A. Breuer
          Assistant Attorney General
          Criminal Division

SUBJECT:  Authorization for Interception Order Application

     This is with regard to your recommendation that
an appropriately designated official of the Criminal Division
authorize an application to a federal judge of competent
jurisdiction for an order under Title 18, United States Code,
Section 2518, authorizing for a thirty (30) day period the
continued interception of wire communications occurring to and
from the cellular telephone bearing the number (909) 437-8785,
subscribed to by Robert Cariinaoo, 2215 Mountain, Ontario,
California, and the initial interception of wire communications
occurring to and from the cellular telephones bearing the numbers
(909) 270-7583, subscribed to by "OAS Phone in the Box," 30
Independence Blvd., Warren, New Jersey, and (909) 544-6926,
subscribed to by Jesus Lopez, 931 W. Holt Blvd., Ontario,
California, in connection with an investigation into possible
violations of Title 18, United States Code, Sections 2, 922,
1956, 1957, 1959, 1962, and 1963, and Title 21, United States
Code, Sections 841, 843, and 846, by "Alex," David Navarro, Steve
Osker Hoyos, Sara Leticia Misquez, "Chipo," Steven Hernandez,
Larry Cuevas, Patrick Orosco, Armando Venegas, Richard Castorena,
Mario LNU, Lucio Gallardo Diaz, Ray Perez, Shawn Young, Carmela
LNU, "Cabezon," Gabriel Macias, Paul Onsurez, Juan Diaz, "SOS,"
Victor Carrasco Felix, Santacruz Silva, Gilberto Gutierrez, Jose
Gutierrez, Teresa Castro, Deborah Cortez, Roberto Sosa, Enrique
Jimenez, Salvador Martinez, Daniel Reyes, "M," Juan Gil, Armando
Barajas, "Red Eye," Marlon Jiron, Fernando Morales, Carlos
Vasquez, Steven Espinoza, Ernest Castillo, Monica Cornejo,
Fernando Lopez, "Rude Boy," "Boxer," "El Oso," Rebecca Estrada,
Octavio Pena, Jose Hurtado, David Hernandez, Michael Sanchez,

Adolph Moraga, Raul Prieto, "Mano," "Kim," "Carnicero,"
"Justine," Josue Romero, "Dan," "Masacote," and others as yet
unknown.

By virtue of the authority vested in the Attorney General of
the United States by Section 2516 of Title 18, United States
Code, the Attorney General has by Order Number 3055-2009, dated
February 26, 2009, designated specific officials in the Criminal
Division to authorize applications for court orders authorizing
the interception of wire or oral communications.  As a duly
designated official in the Criminal Division, this power is
exercisable by the undersigned. WHEREFORE, acting under this
delegated power, the appropriately designated official hereby
authorizes the above-described application to be made by any
investigative or law enforcement officer of the United States as
defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the
target telephone numbers listed above, but also to any other
telephone number or telephone subsequently assigned to or used by
the instrument bearing the same mobile equipment identifier
numbers used by the other target telephones, within the thirty
(30) day period.  The authorization is also intended to apply to
the target telephone numbers referenced above regardless of
service provider, and to background conversations intercepted in
the vicinity of the target telephones while the telephones are
off the hook or otherwise in use.

_____
Lanny A. Breuer
Assistant Attorney General
Criminal Division

SEP 22 2009
_____
Date

*John C. Keeney*
John C. Keeney
Deputy Assistant Attorney General
Criminal Division



# Office of the Attorney General
### Washington, D.C.

ORDER NO.  3055-2009

SPECIAL DESIGNATION OF CERTAIN OFFICIALS OF THE CRIMINAL DIVISION AND
NATIONAL SECURITY DIVISION TO AUTHORIZE APPLICATIONS FOR COURT
ORDERS FOR INTERCEPTION OF WIRE OR ORAL COMMUNICATIONS

By virtue of the authority vested in me as the Attorney General, including 28 U.S.C.
§ 510, 5 U.S.C. § 301, and 18 U.S.C. § 2516(1), and in order to preclude any contention that the
designations by the prior Attorney General have lapsed, the following officials are hereby
specially designated to exercise the power conferred by section 2516(1) of title 18, United States
Code, to authorize applications to a Federal judge of competent jurisdiction for orders
authorizing or approving the interception of wire and oral communications by the Federal Bureau
of Investigation or a Federal agency having responsibility for the investigation of the offense(s)
as to which such application is made, when such interception may provide evidence of any of the
offenses specified in section 2516 of title 18, United States Code:

1.   The Assistant Attorney General in charge of the Criminal Division, any Acting
Assistant Attorney General in charge of the Criminal Division, any Deputy Assistant Attorney
General of the Criminal Division, and any Acting Deputy Assistant Attorney General of the
Criminal Division;

2.   The Assistant Attorney General for National Security, any Acting Assistant Attorney
General for National Security, any Deputy Assistant Attorney General for National Security, and
any Acting Deputy Assistant Attorney General for National Security, with respect to those
matters delegated to the supervision and responsibility of the Assistant Attorney General for
National Security.  These officials of the National Security Division shall exercise this authority
through, and in full coordination with, the Office of Enforcement Operations within the Criminal
Division.

Attorney General Order No. 2943-2008 of January 22, 2008, is revoked effective at
11:59 p.m. of the day following the date of this order.

_2-26-09_
Date

_Eric H. Holder, Jr._
Attorney General