<u>DECLARATION OF KRIS LAVOIE</u>

I, KRIS LAVOIE, declare as follows:

1. I am a Corporal with the Ontario Police Department. I am the affiant for the investigation described in wiretap applications CR Misc. No. 09-0038-R through CR Misc. No. 09-0038(F)-R.

2. As part of the investigation, I used DEA-employed contract monitors, including monitors who were fluent in Spanish, to listen to and summarize many of the calls that were intercepted through federal wiretaps. This includes several calls in the Spanish language. I am not fluent in Spanish.

3. I supervised the monitors and provided instruction to them with respect to minimization. I made each wiretap application, affidavit, and order available to the monitors, and required them to read it prior to the monitor monitoring calls during the authorized interception period. Each time I received an Order from the Court authorizing the interception of wire communications over Target Telephones, I also required every monitor to read a memorandum setting forth detailed requirements for minimization, and I required that each monitor acknowledge that they had reviewed it prior to that monitor monitoring any calls on any Target Telephone during that interception period. Further, all monitors were provided with contact information for the prosecutor in the event that the monitors had questions. I spent many hours with the monitors in the wire room, and was on call 24 hours per day by cellular telephone to answer any questions throughout the periods of interception, which I did on numerous occasions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed at UPLAND, California on July 23, 2012.

_____
KRIS LAVOIE