## SUPERIOR COURT DISTRICT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE PEOPLE OF THE STATE OF ) <br> CALIFORNIA FOR AN ORDER ) <br> AUTHORIZING THE USE OF A PEN ) <br> REGISTER AND A TRAP-AND-TRACE ) <br> DEVICE ON TELEPHONE LINE CUR- ) <br> RENTLY DESIGNATED BY TELEPHONE ) <br> NUMBER: ) <br> ) <br> 1. __909-975-8170____Sprint___ ) | Case No. __010902808__ <br><br> APPLICATION |

Detective **Jason Radeleff**, a Detective for the San Bernardino County Sheriffs Department, hereby applies to the Court for an Order (1) authorizing the use of a PEN register on the telephone lines currently designated by the numbers: **909-975-8170** (the "Telephone Line"); (2) authorizing the use of a trap-and-trace device on the Telephone Line; and (3) requiring the disclosure of subscriber name and address, whether listed or unlisted, for numbers called by the Telephone Line or numbers calling the Telephone Line, or found during investigation of this case upon oral or written demand of agents of the San Bernardino County Sheriffs Department. In support of this application, he states the following:

1)  I am a detective for the San Bernardino County Sheriffs Department and am requesting an Order authorizing the installation and use of a PEN register and a trap-and-trace device, and the disclosure of subscriber information.

2)  I certify that the San Bernardino County Sheriffs Department is conducting a criminal investigation of Homicide in connection with possible violations of **PC-187 Homicide**. It is believed that the above-named persons and other unknowns are using the Telephone Lines in furtherance of the subject offenses and that the information likely to be obtained from the PEN register and the trap-and-trace devices is relevant to the ongoing criminal investigation being conducted by the above-named agency.

006571

## AFFIDAVIT

On Saturday, June 13, 2009, at approximately 0559 hours, the San Bernardino County Sheriff's Department Dispatch Center received a 911 emergency call transferred from the California Highway Patrol. The caller (identified as A█ B█) reported finding a deceased male on Cajon Boulevard approximately two miles south of Cleghorn Road, located in the unincorporated area of San Bernardino County.

Deputies from the San Bernardino County Sheriff's Department Central Station were dispatched to the location, locating the male (later identified as Paul Rodriguez DOB: █) at approximately 0619 hours, lying face down in the northbound lane of old Route 66 directly east of Cajon Boulevard. Rodriguez was pronounced deceased at the location by paramedics. Rodriguez appeared to have been shot numerous times. Investigators from the San Bernardino County Sheriff's Department Homicide Detail were called to the location to continue the investigation.

Detectives found four (4) 9mm fired cartridge cases and three (3) 9mm cartridges lying on the pavement around Rodriguez's body. Rodriguez appeared to have gun shot wounds to his abdomen, chest and head. Rodriguez appeared to have been only recently deceased at the location. Rodriguez did not have any identification upon his person and was later identified via his fingerprints. Rodriguez is a validated member of the Ontario Varrio Sur AKA: Black Angels, located in Ontario, County of San Bernardino.

On Saturday, June 13, 2009, at approximately 1723 hours, Detectives contacted Rodriguez' family in the city of Ontario, located in San Bernardino County. Detective Robert Warrick interviewed Toni Avila (Rodriguez' girlfriend). Avila told Warrick Rodriguez had been calling her from a cell phone number of **909-636-0833** the day of and days leading up to his death. Rodriguez told Avila the phone belonged to a friend of his identified as Ernie Mata.

On Tuesday, June 9, 2009, during late night hours, Avila spoke with Rodriguez while standing near her vehicle, in front of an apartment complex located on Deodar Avenue in Ontario. Avila stated a subject she only knew as "Sicko" was with Rodriguez at the location. Avila described "Sicko" as a tall, light skinned, Hispanic male adult, with a skinny build. Avila last received a call from Rodriguez using this cell phone on Friday, June 12, 2009, at approximately 2057 hours. Rodriguez told Avila he was on his way to the store and would call her back. Avila never heard from Rodriguez again. Avila said it is very unusual for Rodriguez not to call her back as he always has in the past. A cell phone was not found on Rodriguez' person or in the area during the crime scene investigation.

006572

On Saturday, June 13, 2009, at approximately 2028 hours, Detective Jason Radeleff interviewed Ernesto Mata. Mata confirmed the cell phone **909-636-0833** being used by Rodriguez belonged to Mata. Rodriguez borrowed the phone from Mata on Thursday, June 11, 2009, but never returned the phone. On Friday, June 12, 2009, at approximately 2130 hours, a subject known as "Sicko" returned the cell phone to Mata before leaving the apartment complex with Rodriguez in a blue Jaguar.

On Saturday, June 13, 2009, at approximately 1723 hours, Detective Radeleff interviewed the victim's aunt, Margret Rodriguez. Margret Rodriguez told Radeleff the victim was at her residence in Ontario on Friday, June 12, 2009, during the evening hours. Margret Rodriguez recalled the victim was with a subject she described as being a tall, light skinned, Hispanic male adult, with a skinny build. Margret Rodriguez believed the subject who was with the victim at the location, was possibly wearing a green colored army jacket. The victim and the tall Hispanic male adult left Margret's residence together on Friday, June 12, 2009, at approximately 1800 hours. Margret Rodriguez had not seen or heard from the victim since the victim left her residence.

On Tuesday, June 16, 2009, at approximately 1100 hours, Detective Warrick received a telephone call from Avila. Avila told Warrick she received word that "Sicko" was arrested by the Ontario Police Department on June 14, 2009, after the victim was killed. Avila stated Ontario police Department was involved in a vehicle pursuit with "Sicko." Detective Warrick contacted the Ontario Police Department and confirmed a subject by the name of Fernando Morales, DOB ███████, was arrested by Ontario Police after a short vehicle pursuit (DR# 090600840). Morales was charged with possession of a dangerous weapon, felony evading, and a parole violation.

The vehicle Morales was driving, a blue, 2004, Jaguar, License ███████, was towed and stored at Dietz towing in Ontario by the Ontario Police Department. Morales was subsequently booked at West Valley Detention Center in Rancho Cucamonga. Warrick discovered the vehicle pursuit was the result of a broadcast from the Rancho Cucamonga Police Department, in reference to the vehicle Morales was driving being involved in a brandishing of a black handgun (RC #091640098 and DR #110907291).

Warrick contacted the Rancho Cucamonga Police Department in reference to the incident. The Rancho Police Department advised Warrick on Sunday, June 14, 2009, at approximately 0702 hours, Morales went to his brother's residence in the City of Rancho Cucamonga in the blue, 2004, Jaguar, License ███████, and brandished a black handgun at his brother. Morales' brother identified Morales as the subject who had brandished the firearm.

On Tuesday, June 16, 2009, Detective Newport completed a records check on a Fernando Michael Morales DOB ███████, with information given by Ontario

006573

Police gang officers stating Morales was "Sicko." Detective Newport discovered Morales was on active CDC Parole out of the Moreno Valley Parole Office. Upon contacting Morales' parole agent, Newport was able to confirm Morales was listed as an OVS gang member from the Ontario area. Morales had a moniker listed with parole as "Sicko."

On Tuesday, June 23, 2009, Detectives from the San Bernardino County Sheriff's Department served a search warrant at the residence of Marlon Jiron, a friend of Morales, located at ███████████████████████ While listening to Morales jail telephone calls Detective Radeleff heard Morales tell his girlfriend he actually ran into Jiron's residence following the vehicle pursuit. This residence was never searched by Ontario Police.

Inside of the residence detectives located a 9mm Beretta handgun later tested by the San Bernardino County Sheriff's Department Crime Lab and confirmed to be the weapon used to kill Rodriguez. Also found inside of the residence inside of Jiron's wallet was a hand written note with the name "Sicko" and telephone number of **(909) 975-8170** written on it. This number was found to be a Sprint-Nextel cell phone number confirmed to be operated by them. This number is believed to be Morales cell phone number prior to his arrest.

Throughout this investigation, given the above related facts, detectives believe Morales was the last person seen with Rodriguez prior to Rodriguez being murdered and could have been present at the time Rodriguez was murdered. Records including, call toll records and GPS information from the phone **(909) 975-8170** could assist detectives with determining Morales whereabouts during the time of the murder.

### TELEPHONE NUMBER INFORMATION

3) I, the applicant, request that the Court issue an Order authorizing the installation and use of a PEN register to register numbers dialed or pulsed from the telephone line to record the date and time of such dialings or pulsings and to record the length of the time the telephone receiver in question is off the hook for incoming calls for a period of 30 days.

4) Applicant further requests that the Order authorize the installation in use of a trap-and-trace device on the telephone line to record the telephone numbers calling the Telephone Line.

5) Applicant is aware that individuals involved in criminal and/or narcotic trafficking commonly change their phone numbers in order to defeat surveillance by law enforcement. Applicant understands that a PEN register is defined as a device which records or decodes electronic or other impulses that identify the numbers dialed or otherwise transmitted on the telephone lines to which such devices attached.

Therefore, as PEN registers are defined with respect to telephone lines, not with respect to numbers or subscribers, and as the government has

information showing that the locations from which the PEN registers are requested, are being used for criminal purposes, the applicant requests that this Order for the PEN register is to remain in force in the event that the numbers or subscribers to the Telephone Line are changed.

6) Applicant further requests that the Order direct furnishings of information, facilities, and technical assistance necessary to accomplish the installation of the PEN register, trap and trace device, and location information including installation and operation of the device unobtrusively and with the minimum of disruption of the normal telephone service. The wire communication service providers shall be compensated by the San Bernardino County Sheriffs Department for a reasonable expense incurred in providing such facilities and technical assistant.

7) Applicant further requests the **Sprint** and any other affected telephone companies, long-distance carriers, Information Service Provider, Internet Service Providers, VOIP Providers and any other service provider be ordered to supply any and all information in their files with respect to persons called by the Telephone Line and persons calling the Telephone Line (except for the contents of communications), and any other number discovered during this investigation, whether published or non-published, including but not limited to subscriber names and addresses, driver's license numbers, Social Security numbers, application information, and billing information, for historical records for the time period beginning **Friday, June 12, 2009, at 0001 hours** and ending on **Sunday, June 14, 2009, at 0001 hours**, upon oral or written demand of agents of the San Bernardino County Sheriffs Department.

8) Applicant further requests that this Order and Application be sealed until otherwise ordered by the court, and that **Sprint** and any other affected companies shall not disclose the existence of the PEN register, the trap-and-trace device, or the investigation to the listed subscribers or to any other person, unless or until otherwise ordered by the court.

WHEREFORE, it is respectfully requested that the Court grant an Order for a period of 30 days from the date hereof; (1) authorizing the installation and use of a PEN register to register numbers dialed or pulsed from the Telephone Line; (2) authorizing the installation and use of a trap-and-trace device to record the telephone numbers of telephone instruments calling the Telephone Line including location information; (3) directing **Sprint** and any other affected telephone companies to forthwith furnish agents of the San Bernardino County Sheriffs Department with all information, facilities, and technical assistance necessary to accomplish the installation of the PEN register and trap-and-trace device; (4) directing **Sprint** and any other affected telephone companies, Information Service Providers, Internet Service Providers, long-distance carriers and VOIP Providers to supply subscriber names and addresses for persons called by the Telephone Line, calling in and any other number identified during the investigation whether listed or unlisted, upon oral or written demand of agents of the San Bernardino County Sheriffs Department; and (5) sealing this application and Court's Order.

006575

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: 09/18/09

_____, **Detective Jason Radeleff**
San Bernardino County Sheriff's Department

006576

*Corporate Security*
*Electronic Surveillance Unit*
*6480 Sprint Parkway*
*Overland Park, KS 66251*

09/22/2009

Jason Radeleff, Homicide Detective
San Bernardino County Sheriff's Department
P.O Box 1352

San Bernardino, CA, 92402
Phone: 909-387-3583

Your Case Number:    010902808
Sprint Nextel Case Number:   2009-200886

Dear Homicide DetectiveJason Radeleff,

Pursuant to the above referenced case, Sprint GPS Coordinates or Precision Location Information is only available in **real time** however cell site locations are available for the past 45 days which can be requested by faxing a search warrant or court order to the Subpoena Compliance Group at 913-315-0736. Thank You for your cooperation.

Subject Information:  909-975-8170
Comments:Account Cancelled on 08/18/2009

Should you have any questions or further inquiries, please contact the Sprint Nextel Electronic Surveillance Group at 913-315-0661.

Sincerely,
Desiree Hannen
Sprint Nextel Coporate Security

1

006581