*Corporate Security*
*Electronic Surveillance Unit*
*6480 Sprint Parkway*
*Overland Park, KS 66251*

09/22/2009

Jason Radeleff, Homicide Detective
San Bernardino County Sheriff's Department
P.O Box 1352

San Bernardino, CA, 92402
Phone: 909-387-3583

Your Case Number:     010902808
Sprint Nextel Case Number:   2009-200886

Dear Homicide DetectiveJason Radeleff,

  Pursuant to the above referenced case, Sprint GPS Coordinates or Precision Location Information is only available in **real time** however cell site locations are available for the past 45 days which can be requested by faxing a search warrant or court order to the Subpoena Compliance Group at 913-315-0736. Thank You for your cooperation.

  Subject Information: 909-975-8170
  Comments:Account Cancelled on 08/18/2009

  Should you have any questions or further inquiries, please contact the Sprint Nextel Electronic Surveillance Group at 913-315-0661.

Sincerely,
Desiree Hannen
Sprint Nextel Coporate Security