

U.S. Department of Justice

Criminal Division

---

Washington, D.C. 20530

JUL 15 2009

**MEMORANDUM**

TO: Janet D. Webb, Acting Director
Office of Enforcement Operations
Criminal Division

ATTN: Reema El-Amamy

FROM: Lanny A. Breuer
Assistant Attorney General
Criminal Division

SUBJECT: Authorization for Interception Order Application

This is with regard to your recommendation that an appropriately designated official of the Criminal Division authorize an application to a federal judge of competent jurisdiction for an order under Title 18, United States Code, Section 2518, authorizing for a thirty (30) day period the continued interception of wire communications occurring to and from the cellular telephone bearing the number (909) 489-8277, subscribed to by Whaterver, Crazt Legs, 1925 Eloise Way, Upland, California, and the initial interception of wire communications occurring to and from the cellular telephones bearing the numbers (909) 545-1313, with no subscriber information; (909) 319-2187, subscribed to by Jose Silba, with no listed address, and accessed through International Mobile Subscriber Identification ("IMSI") number 310260493015199; and, (909) 419-9937, subscribed to by Jessica Medina, P.O. Box 54988, Irvine, California, and accessed through IMSI number 316010154431162, in connection with an investigation into possible violations of Title 18, United States Code, Sections 2, 922, 1956, 1957, 1959, 1962, and 1963, and Title 21, United States Code, Sections 841, 843, and 846, by "Alex," David Navarro, Steve Osker Hoyos, Sara Leticia Misquez, "Chipo," Steven Hernandez, Larry Cuevas, Patrick Orosco, Armando Venegas, Richard Castorena, Mario LNU, Lucio Gallardo Diaz, Ray Perez, Shawn Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul Onsurez, Juan Diaz, "SOS," Victor Carrasco Felix, "Jose LNU," Gilberto Gutierrez, Jose Gutierrez, Teresa Castro, Deborah Cortez, Roberto Sosa, Enrique Jimenez, Salvador Martinez, Daniel

USA000537