

**U.S. Department of Justice**

Criminal Division

---

Washington, D.C. 20530

APR 28 2009

**MEMORANDUM**

TO: Maureen H. Killion, Director
Office of Enforcement Operations
Criminal Division

ATTN: Reema El-Amamy

FROM: Lanny A. Brauer
Assistant Attorney General
Criminal Division

SUBJECT: Authorization for Interception Order Application

This is with regard to your recommendation that an appropriately designated official of the Criminal Division authorize an application to a federal judge of competent jurisdiction for an order under Title 18, United States Code, Section 2518, authorizing for a thirty (30) day period the continued interception of wire communications occurring to and from the cellular telephone bearing the number (909) 251-1663, subscribed to by Armando Gonzales, 15576 Merrill Avenue, Fontana, California, and the initial interception of wire communications occurring to and from the cellular telephone bearing the number (909) 489-8277, subscribed to by Whaterver, Crazt Legs, 1925 Eloise Way, Upland, California, in connection with an investigation into possible violations of Title 18, United States Code, Sections 2, 1956, 1957, 1959, 1962, and 1963, and Title 21, United States Code, Sections 841, 843, 846, 952, 960, and 963, by "Alex," David Navarro, Steve Osker Hoyos, Sara Leticia Misquez, "Chipo," Steven Hernandez, Larry Cuevas, Patrick Orosco, Armando Venegas, Richard Castorena, Mario LNU, Lucio Gallardo Diaz, Ray LNU, Shawn Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul Onsurez, Juan Diaz, "UM/SOS," "Felix," "Jose LNU," Gilberto Gutierrez, Jose Gutierrez, Teresa Castro, and others as yet unknown.

By virtue of the authority vested in the Attorney General of the United States by Section 2516 of Title 18, United States Code, the Attorney General has by Order Number 3055-2009, dated February 26, 2009, designated specific officials in the Criminal

USA000280