

U.S. Department of Justice

Criminal Division

_____

Washington, D.C.   20530

JUL 15 2009

**MEMORANDUM**

TO: Janet D. Webb, Acting Director
Office of Enforcement Operations
Criminal Division

ATTN: Reema El-Amamy

FROM: Lanny A. Breuer
Assistant Attorney General
Criminal Division

SUBJECT: Authorization for Interception Order Application

    This is with regard to your recommendation that an appropriately designated official of the Criminal Division authorize an application to a federal judge of competent jurisdiction for an order under Title 18, United States Code, Section 2518, authorizing for a thirty (30) day period the continued interception of wire communications occurring to and from the cellular telephone bearing the number (909) 489-8277, subscribed to by Whatever, Crazt Legs, 1925 Eloise Way, Upland, California, and the initial interception of wire communications occurring to and from the cellular telephones bearing the numbers (909) 545-1313, with no subscriber information; (909) 319-2187, subscribed to by Jose Silba, with no listed address, and accessed through International Mobile Subscriber Identification ("IMSI") number 310260493015199; and, (909) 419-9937, subscribed to by Jessica Medina, P.O. Box 54988, Irvine, California, and accessed through IMSI number 316010154431162, in connection with an investigation into possible violations of Title 18, United States Code, Sections 2, 922, 1956, 1957, 1959, 1962, and 1963, and Title 21, United States Code, Sections 841, 843, and 846, by "Alex," David Navarro, Steve Osker Hoyos, Sara Leticia Misquez, "Chipo," Steven Hernandez, Larry Cuevas, Patrick Orosco, Armando Venegas, Richard Castorena, Mario LNU, Lucio Gallardo Diaz, Ray Perez, Shawn Young, Carmela LNU, "Cabezon," Gabriel Macias, Paul Onsurez, Juan Diaz, "SOS," Victor Carrasco Felix, "Jose LNU," Gilberto Gutierrez, Jose Gutierrez, Teresa Castro, Deborah Cortez, Roberto Sosa, Enrique Jimenez, Salvador Martinez, Daniel

Reyes, "M," Juan Gil, Armando Barajas, "Red Eye," Marlon Jiron, Fernando Morales, Carlos Vasquez, Steven Espinoza, Ernest Castillo, Monica Cornejo, Fernando Lopez, "Rude Boy," "Boxer," "El Oso," Rebecca Estrada, Octavio Pena, and others as yet unknown.

By virtue of the authority vested in the Attorney General of the United States by Section 2516 of Title 18, United States Code, the Attorney General has by Order Number 3055-2009, dated February 26, 2009, designated specific officials in the Criminal Division to authorize applications for court orders authorizing the interception of wire or oral communications. As a duly designated official in the Criminal Division, this power is exercisable by the undersigned. WHEREFORE, acting under this delegated power, the appropriately designated official hereby authorizes the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone numbers listed above, but also to any other telephone numbers or telephones accessed through the above-referenced IMSI numbers, and to any other IMSI numbers accessed through those target telephone numbers referenced above, and to any other telephone number subsequently assigned to or used by the instrument bearing the same electronic serial number used by the other target telephone, within the thirty (30) day period. The authorization is also intended to apply to the target telephone numbers referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephones while the telephones are off the hook or otherwise in use.

Lanny A. Breuer
Assistant Attorney General
Criminal Division

JUL 15 2009
Date

Kenneth A. Blanco
Deputy Assistant Attorney General
Criminal Division

USA000538